[Amended Complaint]

In the Southern Illinois
U.S. District Court

Micheal N. B. Attaway
Plaintiff
~vs~
Assignment office officer (Shawnee C.C.)
Dr. David (Shawnee C.C. HCU)
Nurse Practioner Alex (Shawnee C.C. HCU)
Nurse Practitioner Sharp (Shawnee C.C. HCU)
Health Care Unit Administrater Gentles (Shawnee C.C.)
Defendants

Case: 3:23-CU-02091-DWN

Type of Action: Civil Rights Action pursuant to 42. U.S.C. 1983

I. Jurisdiction

Plaintiff's mailing address, register # & place of confinement.

Shawnee Correctional Center 6665 State Route 146E. Vienna, Illinois 62495  Register # Y55493

Defendant #1
Defendant: Assignment office is employed as correctional officers with the Illinois Department of Corrections 1301 Concordia Court P.O. Box 19277 Springfield, IL 62294

defendant #1 is employed by a state funded entity

Defendant #2
Defendant: Dr. David is employed as a Medical Doctor with Wexford Health Sources P.O. Box 16218 Pittsburg, PA 15242-0218

Defendant #2 is employed by a state funded entity

Defendant #3
Defendant Nurse Practitioner Alex is employed as a Nurse Practitioner with Wexford Health Sources P.O. Box 16218 Pittsburg, PA 15242-0218

Defendant #3 is employed by a state funded entity.

Defendant #4
Defendant: Nurse Practitioner Sharp is employed as a Nurse Practitioner with Wexford Health Sources P.O. Box 16218 Pittsburg, PA 15242-0218

Defendant #4 is employed by a state funded entity

Defendant #5
Defendant Health Care Unit Administrator Gentko is employed by Illinois Department of Corrections 1301 Concordia Court P.O. Box 19277 Springfield, IL 62794 & Wexford Health Sources P.O. Box 16218 Pittsburg, PA 15242-0218
Defendant #5 is employed by a state funded entity

# Previous lawsuits Continued

1. Parties: Plaintiff: Micheal Attaway Defendant: Illinois et al
2. Southern Illinois U.S. District Court
3. Docket # 3:23-CV-02168-SMY
4. Judge: Staci M. Yandle
5. Type of Action: Civil Rights Action
6. Disposition: Pending
7. Filing date: 6/23/23
8. date of disposition: Pending
9. Still Pending

---

1. Plaintiff: Micheal Attaway Defendant: J.D. Byrider Dealership et al
2. Southern Illinois U.S. District Court
3. Docket #: 3:23-CV-03083-DWD
4. Judge: David W. Dugan
5. Type of Action: Civil Rights
6. Disposition: Pending
7. Filing date: 9/13/23
8. Disposition date: Pending

---

1. Parties: Plaintiff: Micheal Attaway Defendant: Hicks et al
2. Southern Illinois U.S. District Court
3. Docket #: 3:23-CV-02445-NJR
4. Judge: Nancy J. Rosenstengel
5. Civil Rights Action
6. Disposition Pending
7. Filing date: 7-14-23
8. date of disposition: Pending
9. Still pending

---

1. Plaintiff: Micheal Attaway Defendant: Crawford County Jail et al
2. Southern Ill U.S. District Court
3. Docket #: 3:23-CV-02757-JPG
4. Judge: J. Phil Gilbert
5. Civil Rights Action
6. Disposition Pending
7. Filing date: 8-10-23
8. date of disposition: Pending
9. Still pending

---

1. Parties: Plaintiff: Micheal Attaway Defendant: Madison's Safety Director et al
2. Southern Illinois U.S. District Court
3. Docket #: 3:23-CV-02613-SPM
4. Judge: Stephen P. McGlynn
5. Civil Rights Action
6. Disposition Pending
7. Filing date: 7-28-23
8. date of disposition: Pending
9. Still pending

---

1. Plaintiff: Micheal Attaway Defendants: Medical Professionals et al
2. Southern Ill. U.S. District Court
3. Docket # 3:23-CV-02771-JPG
4. Judge: J. Phil Gilbert
5. Civil Rights Action
6. Disposition Pending
7. Filing date: 8-11-23
8. date of disposition: Pending
9. Still pending

## II Grievance Procedure

A. Is there a prisoner Grievance procedure in the Institution ☒ Yes ☐ No

B. Did I state the facts relating to my complaint in the prisoner grievance procedure ☒ Yes ☐ No

C. If your answer was Yes,
1. What steps did you take
Filed grievances and followed up on them

2. Both the grievances & the follow ups went unacknowledged

H. I cant attache copies of my request for an administrative Remedy and any response I recieved because all copies disappeared and I recieved no response from either my grievance and my follow up requests

## Statement of Claim

Ever since February 15, 2023 since I first started having to walk with a cane I have needed an ADA (Americans with Disabilities Act) Assistant because there is a lot I cannot do since I have to walk with a cane. At meal times for example I cannot carry my tray and a cup of water at the same time. And ever since I was brutally attacked and raped (refer to Case # 3:23-cv-02613-SPM) by another inmate I have been in need of an ADA assistant even more as I can barely hold my meal trays since I now have internal damage in my right shoulder that this place has refused to fix. Which brings me to the defendants: Assignment office officer; Dr. David; Nurse Practitioner Alex; Nurse Practitioner Sharp; Health Care Unit Administrator Gentles. I have written numerous requests to them requesting an ADA assistant and I have recieved no response. I have filed grievances and followed up on the grievances all of which has recieved no response. Since I cant carry my meal trays & a drink I go without which makes it where I cant eat as much due to it being harder to swallow. It is difficult for me to do the stairs. The Law Library is on the second floor of the education building. It is one heck of a safety hazard for me to keep having to go to the Law Library with no ADA assistant to ensure that I dont fall

going up or down the stairs. And its even more difficult due to the internal damage in my right shoulder which the defendants: Dr. David; Nurse Practitioner Alex; Nurse Practitioner Sharp; & Health Care Unit Administrator refuse to see me for. Its getting to the point where I wont be able to do the stairs at all as I have to use my bad right arm to pull me up and its continuing to get weaker and absolutely nothing is being done for me. The library is on the second floor too where I check out books. In order to do legal research I have to force myself up the stairs otherwise no legal research can be done. There is no elevator only stairs which I'm pretty sure would be one heck of an ADA lawsuit.

## Request for Relief

- For the Courts to order defendants to give me an ADA Assistant
- Compensatory damages (monetary)
- Punitive damages (monetary)
- $200,000 for pain and suffering

## VI. Jury Demand

The Plaintiff ☒ does ☐ does not request a trial by jury.

## Declaration under Federal Rule of Civil Procedure 11

I certify to the best of my knowledge, information and belief that this complaint is in full compliance with Rule 11(a) & 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed: 9-17-2023
S.C.C. 6665 State Route 146 E.
Vienna, Illinois 62995

Micheal Attaway
Register No. Y55493



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: __Micheal Alfaway__    ID Number: __Y55493__

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    Yes or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   **(Yes)** or No

   If yes, please list case number: __3:23-CV-02091-DWD__

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?   **(Yes)** or No

   If yes, please list case number: __3:23-CV-02091-DWD__

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted:   __7__

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| First Amended Complaint | 7 |
| | |
| | |
| | |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.