## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL ATTAWAY, Y55493,     )
                                        )
          Plaintiff,          )
                                          )
   vs.                         )      Case No: 23-cv-2091-DWD
                                          )
ILLINOIS DEPARTMENT OF      )
CORRECTIONS, et al.,           )
                                          )
          Defendants.       )

## RESPONSE TO MOTION TO CONSOLIDATE

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Kwame Raoul, Attorney General of the State of Illinois, and hereby objects to Plaintiff's motion to consolidate, [d/e 25], stating as follows:

1. Plaintiff filed his original complaint in this case on June 16, 2023 and his amended complaint on September 19, 2023. [d/e 1 and 11].

2. On November 7, 2023, the Court conducted a merit review of the amended complaint, pursuant to Section 1915A, and allowed Plaintiff to proceed on one claim against the Illinois Department of Corrections, alleging a violation of his rights under the Americans with Disabilities Act. [d/e 18]. The Court dismissed all additional claims raised by Plaintiff, including, but not limited to, an Eighth Amendment claim of deliberate indifference for failing to respond to Plaintiff's requests for an accommodation and an Eighth Amendment claim of deliberate indifference against Defendants David, Alex, Sharp, and Gertlee for refusing to treat Plaintiff's shoulder injury. [d/e 18].

3. Additionally, in the merit review Memorandum and Order, the Court denied a previous motion to consolidate, filed by Plaintiff, wherein he sought to consolidate this matter with 23-cv-2613-DWD. [*see* d/e 12 and 18]. The Court noted the motion "will be denied because the ADA claim proceeding in this lawsuit is not related to the claims in *Attaway v. Hallcon,* 23-cv-2613-DWD. To the extent Plaintiff attempted to proceed on a claim about his shoulder injury in this case, that claim has been dismissed, so consolidation of that claim is not necessary." [d/e 18].

4. However, despite the Court's denial of his previous motion to consolidate, on December 11, 2023, Plaintiff filed *another* motion to consolidate this case with 23-cv-2613-DWD. [d/e 25]. Plaintiff raises no novel argument, but rather restates his belief that the cases should be consolidated. [d/e 25].

5. Under Federal Rule of Civil Procedure 42(a)(2), a district court may consolidate actions that involve a common question of law or fact. While Rule 42 gives the Court broad discretion, consolidation is not appropriate in this case.

6. In 23-cv-2613-DWD, Plaintiff has raised claims related to an alleged sexual assault by his cellmate on May 27, 2023 (well before Plaintiff filed his amended complaint in this matter), and the response he has received at the prison from administrators and healthcare professionals. (*See* 23-cv-2613-DWD d/e 48 – Order Consolidating 23-cv-2613 and 23-cv-2946).[1]

---

[1] Defendants also note that, while the Court indicated it "observed similarities" between all three cases – 23-cv-2091, 23-cv-2613, and 23-cv-2946, it only consolidated the latter two and *declined* to consolidate the present matter at that time, as well. [23-cv-2613 d/e 48].

7.    Defendants object to the consolidation of this case with 23-cv-2613-DWD because, as the Court has previously noted, the claims are not sufficiently related to warrant consolidation.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court deny Plaintiff's motion to consolidate cases and for all other relief deemed just and proper.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

Jennifer Powell #6310553
Assistant Attorney General
Metro East Office Defendant,
201 West Pointe Dr., Ste. 7
Swansea, Illinois 62226
Phone: (618) 236-8784
(618) 236-8620 Fax
Email: Jennifer.powell@ilag.gov
gls@ilag.gov

KWAME RAOUL, Attorney General
State of Illinois,

Attorney for Defendant,

By: s/Jennifer Powell
Jennifer Powell #6310553
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

MICHAEL ATTAWAY, Y55493,      )
         )
       Plaintiff,      )
         )
    vs.      )     Case No: 23-cv-2091-DWD
         )
ILLINOIS DEPARTMENT OF      )
CORRECTIONS, et al.,      )
         )
      Defendants.      )

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2023, the foregoing document, *Response to Motion to Consolidate*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

On the same date, the above-mentioned document was mailed via the US postage system to the following:

Michael Attaway, #Y55493
Shawnee Correctional Center
Individual in Custody LEGAL Mail/Parcels
6665 Route 146 East
Vienna, IL 62995

Respectfully submitted,

s/ Jennifer Powell
Jennifer Powell #6310553
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
Phone: (618) 236-8784
Fax: (618) 236-8620
E-Mail: jennifer.powell@ilag.gov
& gls@ilag.gov