IN THE SOUTHERN ILLINOIS U.S. DISTRICT COURT

Micheal N. B Attaway

pro-se plaintiff

-vs-

IDoc, et al

Case # 3:23-CV-02091-DWD

NOTICE OF A CHANGE OF ADDRESS

Now comes pro-se plaintiff Micheal N.B. Attaway hereby gives notice of a change in address, when he filed this lawsuit his address was Shawnee Correctional Center 6665 State Route 146 East Vienna, Illinois 62995, his new contact info is as follows:

Email address: attawaymicheal27@gmail.com

Cell Phone #: 208-880-0689

Address: 7648 S. Normal Chicago, Illinois 60620

Respectfully submitted, Micheal N. B. Attaway

*Micheal Attaway*