**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MICHAEL ATTAWAY, Y55493, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: 23-cv-2091-DWD |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF**
**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and pursuant to the Federal Rules of Civil Procedure 56; Prison Litigation Reform Act, 42 U.S.C. §1997e, *et seq*. ("PLRA"), and *Pavey v. Conley*, 544 F.3d 739 (7th Cir. 2008), hereby moves for summary judgment on the issue of exhaustion of administrative remedies, stating as follows:

1. Plaintiff, Michael Attaway, was formerly an individual in custody of the Illinois Department of Corrections and has since been released from IDOC custody. (Doc. 60). Plaintiff filed his original complaint on June 16, 2023, while incarcerated at Shawnee Correctional Center, alleging violations of his constitutional rights during his incarceration. (Doc. 1). Plaintiff filed an amended complaint on September 19, 2023, while he was still incarcerated at Shawnee Correctional Center.[1] (Doc. 11).

2. On November 7, 2023, the Court conducted a merit review, pursuant to 28 U.S.C. §1915A, and allowed Plaintiff to proceed on an ADA claim against the Illinois

---

[1] Both the original complaint and the amended complaint raise an allegation of an ADA violation against Defendant IDOC.

Department of Corrections for failing to provide Plaintiff with an ADA attendant from February 15, 2023, to the time of filing. (Doc. 18)/

3. Plaintiff was a prisoner, as defined by the PLRA, at the time he filed suit regarding conditions related to his incarceration and was, therefore, required by the PLRA to exhaust his administrative remedies prior to commencement of suit.

4. Plaintiff failed to exhaust his administrative remedies as required under the PLRA, as it relates to his ADA claim against the Department of Corrections. Based on this failure to exhaust, Plaintiff's complaint should be dismissed.

5. A memorandum of law is filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests that this Honorable Court grant its motion for summary judgment on the issue of failure to exhaust administrative remedies, enter judgment in its favor, and grant any other relief deemed just and proper.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

Jennifer Powell #6310553
Assistant Attorney General
Metro East Office
201 West Pointe Dr., Ste. 7
Swansea, Illinois 62226
Phone: (618) 236-8781
Fax:    (618) 236-8620
Email: Jennifer.powell@ilag.gov
gls@ilag.gov

KWAME RAOUL, Attorney General
State of Illinois,

Attorney for Defendant,

By:  s/Jennifer Powell
Jennifer Powell #6310553
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

MICHAEL ATTAWAY, Y55493,    )
                            )
        Plaintiff,          )
                            )
    vs.                     )       Case No: 23-cv-2091-DWD
                            )
ILLINOIS DEPARTMENT OF      )
CORRECTIONS, et al.,        )
                            )
        Defendants.         )

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024, the foregoing document, *Motion for Summary Judgment on the Issue of Exhaustion of Administrative Remedies*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

On July 16, 2024, the above-mentioned document was mailed via the US postage system to the *pro se* Plaintiff, at the following registered address:

Michael Attaway
7648 S. Normal
Chicago, IL 60620

                            Respectfully submitted,

                            s/ Jennifer Powell
                            Jennifer Powell #6310553
                            Assistant Attorney General
                            201 West Pointe Dr. Suite 7
                            Swansea, IL 62226
                            Phone: (618) 236-8784
                            Fax: (618) 236-8620
                            E-Mail: jennifer.powell@ilag.gov
                                  & gls@ilag.gov