# EXHIBIT A

| Offender | Institution | Living Unit | Start Date | End Date | Placement Reason | Modified By | Modified On | Comments |
|---|---|---|---|---|---|---|---|---|
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:01:B:19:L1 | 11/13/2023 11:14 | | ROUTINE | Tony Schuchardt | 11/13/2023 11:15 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:0U:0U:0U | 11/13/2023 11:13 | 11/13/2023 11:14 | FURLOUGH | IDOC Service Admin # | 11/13/2023 11:15 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:FUR:00:00:00 | 11/13/2023 8:38 | 11/13/2023 11:13 | MEDICAL REASON | IDOC Service Admin # | 11/13/2023 11:14 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:01:B:19:L1 | 11/10/2023 11:14 | 11/13/2023 8:38 | ROUTINE | IDOC Service Admin # | 11/13/2023 8:38 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:01:B:12:L1 | 11/6/2023 11:40 | 11/10/2023 11:14 | ROUTINE | IDOC Service Admin # | 11/10/2023 11:14 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:S:02:30:L1 | 10/27/2023 19:03 | 11/6/2023 11:40 | ROUTINE | IDOC Service Admin # | 11/6/2023 11:40 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:S:01:13:L1 | 10/11/2023 11:03 | 10/27/2023 19:03 | ROUTINE | IDOC Service Admin # | 10/27/2023 19:04 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:03:C:23:L1 | 10/2/2023 10:37 | 10/11/2023 11:03 | ROUTINE | IDOC Service Admin # | 10/11/2023 11:04 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:0U:0U:0U | 10/2/2023 10:37 | 10/2/2023 10:37 | FURLOUGH | IDOC Service Admin # | 10/2/2023 10:38 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:FUR:00:00:00 | 10/2/2023 7:49 | 10/2/2023 10:37 | MEDICAL REASON | IDOC Service Admin # | 10/2/2023 10:37 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:03:C:23:L1 | 8/8/2023 17:27 | 10/2/2023 7:49 | ROUTINE | IDOC Service Admin # | 10/2/2023 7:49 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:0U:0U:0U | 8/8/2023 16:36 | 8/8/2023 17:27 | FURLOUGH | IDOC Service Admin # | 8/8/2023 17:29 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:FUR:00:00:00 | 8/8/2023 12:31 | 8/8/2023 16:36 | MEDICAL REASON | IDOC Service Admin # | 8/8/2023 16:36 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:03:C:23:L1 | 8/1/2023 16:05 | 8/8/2023 12:31 | ROUTINE | IDOC Service Admin # | 8/8/2023 12:31 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:0U:0U:0U | 8/1/2023 16:05 | 8/1/2023 16:05 | FURLOUGH | IDOC Service Admin # | 8/1/2023 16:06 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:FUR:00:00:00 | 8/1/2023 12:02 | 8/1/2023 16:05 | MEDICAL REASON | IDOC Service Admin # | 8/1/2023 16:05 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:03:C:23:L1 | 7/27/2023 14:07 | 8/1/2023 12:02 | ROUTINE | IDOC Service Admin # | 8/1/2023 12:03 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:0U:0U:0U | 7/27/2023 14:07 | 7/27/2023 14:07 | FURLOUGH | IDOC Service Admin # | 7/27/2023 14:08 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:FUR:00:00:00 | 7/27/2023 11:52 | 7/27/2023 14:07 | MEDICAL REASON | IDOC Service Admin # | 7/27/2023 14:07 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:03:C:23:L1 | 7/11/2023 11:44 | 7/27/2023 11:52 | ROUTINE | IDOC Service Admin # | 7/27/2023 11:52 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:0U:0U:0U | 7/11/2023 11:44 | 7/11/2023 11:44 | FURLOUGH | IDOC Service Admin # | 7/11/2023 11:44 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:FUR:00:00:00 | 7/11/2023 9:15 | 7/11/2023 11:44 | MEDICAL REASON | IDOC Service Admin # | 7/11/2023 11:44 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:03:C:23:L1 | 7/3/2023 10:35 | 7/11/2023 9:15 | ROUTINE | IDOC Service Admin # | 7/11/2023 9:15 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:0U:0U:0U | 7/3/2023 10:35 | 7/3/2023 10:35 | FURLOUGH | IDOC Service Admin # | 7/3/2023 10:36 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:FUR:00:00:00 | 7/3/2023 8:03 | 7/3/2023 10:35 | MEDICAL REASON | IDOC Service Admin # | 7/3/2023 10:35 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:03:C:23:L1 | 6/8/2023 10:24 | 7/3/2023 8:03 | ROUTINE | IDOC Service Admin # | 7/3/2023 8:03 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:0U:0U:0U | 6/8/2023 10:23 | 6/8/2023 10:24 | FURLOUGH | IDOC Service Admin # | 6/8/2023 10:24 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:FUR:00:00:00 | 6/8/2023 8:16 | 6/8/2023 10:23 | MEDICAL REASON | IDOC Service Admin # | 6/8/2023 10:23 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:03:C:23:L1 | 5/29/2023 11:32 | 6/8/2023 8:16 | ROUTINE | IDOC Service Admin # | 6/8/2023 8:17 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:02:C:14:L1 | 5/10/2023 12:00 | 5/29/2023 11:32 | ROUTINE | IDOC Service Admin # | 5/29/2023 11:33 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:S:01:34:L1 | 5/5/2023 11:52 | 5/10/2023 12:00 | ROUTINE | IDOC Service Admin # | 5/10/2023 12:01 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:H:01:10:L1 | 5/2/2023 22:23 | 5/5/2023 11:52 | ROUTINE | IDOC Service Admin # | 5/5/2023 11:52 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:01:B:23:L1 | 4/27/2023 11:02 | 5/2/2023 22:23 | ROUTINE | IDOC Service Admin # | 5/2/2023 22:26 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:0U:0U:0U | 4/27/2023 11:00 | 4/27/2023 11:02 | FURLOUGH | IDOC Service Admin # | 4/27/2023 11:02 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:FUR:00:00:00 | 4/27/2023 7:57 | 4/27/2023 11:00 | MEDICAL REASON | IDOC Service Admin # | 4/27/2023 11:01 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:01:B:23:L1 | 4/19/2023 11:14 | 4/27/2023 7:57 | ROUTINE | IDOC Service Admin # | 4/27/2023 7:58 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:S:01:34:L1 | 4/7/2023 11:37 | 4/19/2023 11:14 | ROUTINE | IDOC Service Admin # | 4/19/2023 11:15 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:HAR:0U:0U:0U | 4/7/2023 11:35 | 4/7/2023 11:37 | ROUTINE | IDOC Service Admin # | 4/7/2023 11:38 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:S:01:26:L1 | 4/6/2023 13:21 | 4/7/2023 11:35 | ROUTINE | IDOC Service Admin # | 4/7/2023 11:37 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:02:D:19:L1 | 4/6/2023 11:42 | 4/6/2023 13:21 | ROUTINE | IDOC Service Admin # | 4/6/2023 13:25 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:01:C:20:L1 | 2/23/2023 11:25 | 4/6/2023 11:42 | ROUTINE | IDOC Service Admin # | 4/6/2023 11:44 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:S:02:14:L1 | 2/17/2023 11:26 | 2/23/2023 11:25 | ROUTINE | IDOC Service Admin # | 2/23/2023 11:26 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:01:C:20:L1 | 2/3/2023 19:25 | 2/17/2023 11:26 | ROUTINE | IDOC Service Admin # | 2/17/2023 11:26 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:01:D:62:L1 | 1/25/2023 11:59 | 2/3/2023 19:25 | ROUTINE | IDOC Service Admin # | 2/3/2023 19:26 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:R:01:78:L1 | 1/24/2023 17:06 | 1/25/2023 11:59 | ROUTINE | IDOC Service Admin # | 1/25/2023 12:05 | |
| Y55493 ATTAWAY,MICHEAL N | SHAWNEE | SHA:SHA:0U:0U:0U | 1/24/2023 16:48 | 1/24/2023 17:06 | TRANSFER | IDOC Service Admin # | 1/24/2023 17:06 | |
| Y55493 ATTAWAY,MICHEAL N | TRANSPORTATION | TRA:TRA:00:00:00 | 1/24/2023 8:00 | 1/24/2023 16:48 | TRANSFER | IDOC Service Admin # | 1/24/2023 16:48 | |
| Y55493 ATTAWAY,MICHEAL N | STATEVILLE | STA:NRC:RE:03:12:U1 | 1/23/2023 13:50 | 1/24/2023 8:00 | ROUTINE | IDOC Service Admin # | 1/24/2023 10:10 | |
| Y55493 ATTAWAY,MICHEAL N | STATEVILLE | STA:NRC:RX:03:02:U1 | 1/7/2023 22:13 | 1/23/2023 13:50 | ROUTINE | IDOC Service Admin # | 1/23/2023 13:51 | |
| Y55493 ATTAWAY,MICHEAL N | STATEVILLE | STA:NRC:RW:03:03:U1 | 12/21/2022 19:24 | 1/7/2023 22:13 | ROUTINE | IDOC Service Admin # | 1/7/2023 22:13 | |
| Y55493 ATTAWAY,MICHEAL N | STATEVILLE | STA:NRC:0U:0U:0U | 12/21/2022 11:52 | 12/21/2022 19:24 | ADMIT | IDOC Service Admin # | 12/21/2022 19:24 | |

Attaway v. IDOC (23-2091) IDOC Document No.:    000109