# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| MICHAEL ATTAWAY, Y55493, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 23-cv-2091-DWD |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF HARRY ALLARD

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am currently employed by the Illinois Department of Corrections as a Clinical Services Supervisor at Shawnee Correctional Center ("Shawnee"). I have worked in the Grievance Office at Shawnee since 2015. I have been employed by the Department in various capacities since 2004. In performing my duties with the Grievance Office, among other things, I maintain a thorough knowledge of the operations and record keeping of the Grievance Logs and have reviewed grievances filed by individuals in custody of IDOC in the manner set forth herein.

2. Individuals in custody of the Department may file grievances in accordance with Department Rule 504F, Grievance Procedures for Committed Persons. An offender may file a written grievance on a grievance form addressed to his Counselor within 60 days after discovery of the incident. Grievances shall be deposited in the locked housing unit grievance box or other designated repository such as the handheld locked grievance box. Assigned Unit Counselors will be the only individuals with access to the contents of the box and will pick up grievances daily. Grievances are logged and assigned a number by the Office Coordinator; this number will stay with the grievance throughout the process. Each grievance is logged in the grievance log and

of these documents are maintained in the ARB files. Department Rule 504F: Grievance Procedures for Committed Persons provides no further means for review beyond this step.

4. Certain issues shall be grieved directly to the ARB, rather than first through a counselor or grievance officer. These issues include:

> a. Decisions regarding the involuntary administration of psycho-tropic medication.
>
> b. Decisions regarding protective custody placement, including continued placement in or release from protective custody.
>
> c. Decisions regarding disciplinary proceedings that were made at a facility other than the facility where the individual in custody is currently assigned; and
>
> d. Other issues that pertain to a facility other than the facility where offender is currently assigned, excluding personal property and medical issues.

5. An individual in custody may request a grievance be handled on an emergency basis by forwarding the grievance directly to the CAO. If the CAO determines that there is a substantial risk of imminent personal injury or other serious or irreparable harm to the individual in custody, the grievance shall be handled on an emergency basis. If the CAO determines that the grievance does not present an emergency, the individual in custody is advised that he must resubmit his grievance to the counselor and/or Grievance Officer for consideration through the normal grievance process as outlined in paragraph 2. At the conclusion of that process, the individual in custody may appeal to the ARB as outlined in paragraph 3.

6. The grievance procedure may not be utilized for complaints regarding decisions that are outside the Department's authority such as but not limited to parole decisions, clemency or orders regarding the length of sentences, facility placement, award of supplemental sentence credit, transfer denials or decisions which have been rendered by the Director.

counselor (as described above), but never submitted for second level review by the Grievance Officer, which is also noted on the Grievance Receipt Log.

Pursuant to 28 U.S.C. § 1746, I, Harry Allard, declare, under penalty of perjury, that the foregoing facts and information are true and accurate to the best of my knowledge, information and belief.

Executed on this 15th day of July 2024.

Harry Allard – Grievance Officer
Clinical Services Supervisor