# EXHIBIT C

| Grievance +Y+A1:M955 | Name | ID # | Date Grv Received | Date Emergency Grv sent to CAO for review | Deemed Emergency? | Date non-emergency sent to I/C | Date CHAMP receipt made/sent to I/C | Grievance Issue | Code | Non-emergency received back from I/C for review | Date Grv Returned by Counselor at 1st level | Date Grv Received at 2nd level at Grv Office | Disposition | Date Signed by CAO | Comment Field |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023-2-65 | ATTAWAY | Y55493 | 2/8/2023 | 2/14/2023 | No | N | 2/14/2023 | MEDICAL-TREATMENT / STAFF CONDUCT | 11E/7B | 8/17/2023 | 8/17/2023 | | | | Not forwarded to 2nd level |
| 2023-2-66 | ATTAWAY | Y55493 | 2/8/2023 | 2/14/2023 | No | N | 2/14/2023 | MEDICAL-TREATMENT / STAFF CONDUCT | 11E/7B | | 2/21/2023 | | | | Not forwarded to 2nd level |
| 2023-2-186 | ATTAWAY | Y55493 | 2/27/2023 | 2/28/2023 | Y | N/A | 2/28/2023 | STAFF CONDUCT / PERFORMANCE OF DUTY | 7B | | | 3/6/2023 | DENIED | 4/11/2023 | COMPLETED |
| 2023-2-188 | ATTAWAY | Y55493 | 2/27/2023 | 2/28/2023 | Y | N/A | 2/28/2023 | MEDICAL / TREATMENT | 11E | | | 2/28/2023 | DENIED | 4/17/2023 | COMPLETED |
| 2023-2-189 | ATTAWAY | Y55493 | 2/27/2023 | 2/28/2023 | No | 3/6/2023 | 3/3/2023 | PERSONAL PROPERTY / CLOTHING | 19H | | 3/15/2023 | | | | Not forwarded to 2nd level |
| 2023-2-196 | ATTAWAY | Y55493 | 2/27/2023 | 2/28/2023 | No | 3/3/2023 | 3/3/2023 | PHONE LIST | 22 | | 3/1/2023 | | | | Not forwarded to 2nd level |
| 2023-4-57 | ATTAWAY | Y55493 | 4/10/2023 | 4/13/2023 | No | 4/21/2023 | 4/13/2023 | STAFF CONDUCT-PHYSICAL FORCE /ADA | C&B / 12C | 4/26/2023 | 6/26/2023 | | | | Not forwarded to 2nd level |
| 2023-4-62 | ATTAWAY | Y55493 | 4/10/2023 | N | No | N | N | STAFF CONDUCT / IDR | 7B/3A | | 4/13/2023 | | | | Not forwarded to 2nd level |
| 2023-4-67 | ATTAWAY | Y55493 | 4/11/2023 | 4/13/2023 | No | 4/21/2023 | 4/13/2023 | DIETARY / QUALITY | 16A | | | | | | Not returned after non-emergency |
| 2023-4-147 | ATTAWAY | Y55493 | 4/26/2023 | N | No | N | 4/27/2023 | SENTENCE CREDIT / CALCULATIONS | 6D | | 4/27/2023 | 5/4/2023 | DENIED | 5/11/2023 | COMPLETED |
| 2023-5-63 | ATTAWAY | Y55493 | 5/8/2023 | N | No | N | 5/9/2023 | RECREATIONAL / LEISURE | 1D | | 5/16/2023 | | | | Not forwarded to 2nd level |
| 2023-5-70 | ATTAWAY | Y55493 | 5/8/2023 | N | No | N | 5/10/2023 | MAILROOM / DELIVERY | 15A | | 5/16/2023 | | | | Not forwarded to 2nd level |
| 2023-5-116 | ATTAWAY | Y55493 | 5/12/2023 | N | No | N | 5/15/2023 | PERSONAL PROPERTY / STOLEN | 19C | | 5/31/2023 | | | | Not forwarded to 2nd level |
| 2023-5-133 | ATTAWAY | Y55493 | 5/15/2023 | N | No | N | 5/16/2023 | BUSINESS-TRUST FUND / TRUST FUND ISSUE | 10B | | 5/31/2023 | | | | Not forwarded to 2nd level |
| 2023-5-138 | ATTAWAY | Y55493 | 5/15/2023 | N | No | N | 5/16/2023 | OTHER / CALL PASSES | 22 | | 5/31/2023 | | | | Not forwarded to 2nd level |
| 2023-5-219 | ATTAWAY | Y55493 | 5/23/2023 | N | No | N | 5/23/2023 | PERSONAL PROPERTY / MISPLACED LOCAL | 19E | | 5/31/2023 | | | | Not forwarded to 2nd level |
| 2023-5-222 | ATTAWAY | Y55493 | 5/23/2023 | N | No | N | 5/23/2023 | CLASSIFICATION-GRADE / COMMISSARY | 2E/10A | | 5/31/2023 | | | | Not forwarded to 2nd level |
| 2023-5-265 | ATTAWAY | Y55493 | 5/31/2023 | 5/31/2023 | No | N/A | 5/31/2023 | PREA / OFFENDER | 5D | | | 5/31/2023 | CANCELED | 5/31/2023 | CANCELED |
| 2023-5-281 | ATTAWAY | Y55493 | 5/31/2023 | N | No | N | 5/31/2023 | DIETARY / QUALITY & QUANTITY | 16A | | 6/7/2023 | 6/29/2023 | DENIED | 7/12/2023 | COMPLETED |
| 2023-6-95 | ATTAWAY | Y55493 | 6/14/2023 | 6/14/2023 | Y | N/A | N/A | MEDICAL-TREATMENT / STAFF CONDUCT | 11E/7B | | | 6/16/2023 | DENIED | 6/22/2023 | COMPLETED |
| 2023-6-97 | ATTAWAY | Y55493 | 6/14/2023 | N | No | N | 6/14/2023 | MEDICAL-TREATMENT / STAFF CONDUCT | 11E/7B | | 8/9/2023 | | | | Not forwarded to 2nd level |
| 2023-6-158 | ATTAWAY | Y55493 | 6/21/2023 | 6/21/2023 | Y | N/A | 6/21/2023 | MEDICAL-MEDICATION / PP - STOLEN | 11C/19C | | | 6/23/2023 | DENIED | 8/9/2023 | COMPLETED |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023-6-179 | ATTAWAY | Y55493 | 6/21/2023 | N | No | N | 6/21/2023 | OTHER-GRIEVANCE ISSUES / STAFF CONDUCT | 22/7B | | 6/26/2023 | | | | | Not forwarded to 2nd level |
| 2023-8-53 | ATTAWAY | Y55493 | 8/4/2023 | N | No | N | 8/4/2023 | MEDICAL-TREATMENT / STAFF CONDUCT | 11E/7B | | 8/9/2023 | 8/14/2023 | MIXED | 8/21/2023 | | COMPLETED |
| 2023-8-248 | ATTAWAY | Y55493 | 8/23/2023 | 8/23/2023 | Y | N/A | 8/23/2023 | MEDICAL-TREATMENT / STAFF CONDUCT | 11E/7B | | | 8/25/2023 | MIXED | 8/28/2023 | | COMPLETED |
| 2023-10-82 | ATTAWAY | Y55493 | 10/11/2023 | 10/11/2023 | Y | N | 10/11/2023 | MEDICAL / TREATMENT | 11F | | | 10/16/2023 | MIXED | 10/24/2023 | | COMPLETED |
| 2023-10-117 | ATTAWAY | Y55493 | 10/11/2023 | 10/12/2023 | Y | N | 10/12/2023 | OTHER / STAFF CONDUCT | 22/7B | | | 10/16/2023 | DENIED | 10/24/2023 | | COMPLETED |
| 2023-10-164 | ATTAWAY | Y55493 | 10/23/2023 | 10/23/2023 | No | 10/24/2023 | 10/23/2023 | CLASSIFICATION / CELL PLACEMENT | 2i | | | | | | | Not returned after non-emergency |
| 2023-10-273 | ATTAWAY | Y55493 | 10/31/2023 | 10/31/2023 | No | 11/2/2023 | 10/31/2023 | DISCIPLINE / IDR | 3A | | | | | | | Not returned after non-emergency |
| 2023-11-97 | ATTAWAY | Y55493 | 11/13/2023 | N | No | N | 11/14/2023 | CONDITIONS / REPAIRS | 8A | | 11/17/2023 | | | | | Not forwarded to 2nd level |
| 2023-11-101 | ATTAWAY | Y55493 | 11/13/2023 | N | No | N | 11/14/2023 | DIETARY / QUALITY & QUANTITY | 16A | | 11/16/2023 | | | | | Not forwarded to 2nd level |

Attaway v. IDOC (23-2091) IDOC Document No.:      000098