**EXHIBIT D**

2023-2-65

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

RECEIVED
FEB 08 2023
Clinical Services

| Date: 2-7-23 | Offender (please print): Michael Attaway | ID #: Y55493 | Race (optional): Caucasian |

| Present Facility: Shawnee Correctional Center | Facility where grievance issue occurred: Shawnee Correctional Center |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have declared a hunger strike, due to not recieving proper medical treatment. I have missed out on 8 consecutive meals because I can't walk over to the dining hall on these crutches. My right shoulder is about to give out due to not being firmly in its socket which makes it incredibly difficult to walk with. I am sick of having to go hungry due to this places refusal to do anything to properly help me, and refusal to aquire any and all medical records that prove the physical issues I have.

[ ] Continued on reverse

**Relief Requested:**

A wheelchair will help significantly, items in the dining hall be delivered, and that proper medical treatment actually be provided.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check this is NOT an emergency grievance.

| Michael Attaway | Y55493 | 2-7-23 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 08/03/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Per HCUA M. Gentles: "In response to the above grievance, I reviewed your medical file and although you stated you missed out on 8 consecutive meals because you could not walk over to the dining hall on crutches, your medical file notes that on 2/8/23 you were given a medical lay-in x 5 days. You also state that your hunger strike was due to not receiving proper medical treatment, your medical file notes that you had an x-ray ordered of your left knee on 2/7/23 and you were a no-show. There are no complaints noted — over.

| _____ | 03/17/23 |
| Print Counselor's Name | Sign Counselor's Name | Date |

RECEIVED
FEB 10 2023
SHAWNEE C.C.
WARDEN'S OFFICE

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance

[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| _____ | 2/15/23 |
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender       Page 1 of 2       DOC 0046 (Rev. 01/2020)

Continued...

⟶ in your chart of any complaints at the time of noted grievance of right shoulder from. If at any time you feel like you are having a medical emergency, please let security staff know and request to be taken to the Healthcare Unit. "

Assigned Grievance #/Institution: _____

Housing Unit: 1-C   Bed #: 26

1st Lvl rec: 2023-2-66

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

11E/7B   2nd Lvl rec:

| Date: 2-5-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): Caucasian |

| Present Facility: Shawnee Correctional Center | Facility where grievance issue occurred: Shawnee Correctional Center |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary Report

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

RECEIVED
FEB 03 2023
Clinical Services

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

So far the entire time I have been locked up (since 6-14-22) the Crawford County, Illinois Jail; Statesville NRC; and Shawnee Correctional Center have all treated my medical issues as non-existent and irrelevant, and Shawnee Correctional staff have told me "If you cannot walk over to the chow hall to eat, then you will just have to go hungry". In my medical file here at Shawnee C.C. there apparently is no mention of any physical injuries related to my car accident back in 2-2-22 because so far

[x] Continued on reverse

**Relief Requested:**

Properly treat all my medical issues in a timely manner, treat me as a person and with respect, stop calling me a liar, do whatever need to be done to fix my body so I can actually walk properly for once and not have to worry about any of my joints from giving out or buckling.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance

| Micheal Attaway | Y55493 | 2-5-23 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 2/17/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Does not DR504.F10 — Incident date more than 60 days from author date.

| _____ | _____ | 2/21/23 |
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: FEB 15 2023

RECEIVED
SHAWNEE C.C.
WARDEN'S OFFICE

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| _____ | 2/15/23 |
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

neither one of the facilities listed have even bothered to pull my medical records that pertain to the issues I have with my left knee, right shoulder, both hands. I have been diagnosed with carpal tunnel syndrome, and my right shoulder is not completely in its socket, which poses a huge safety risk for myself and having to use the crutches the Health care Unit issued me, because my hands are extremely weak and are prone to going numb, an issue in itself because if they go numb while walking with the crutches, then I lose all grip and will fall. Also since my right shoulder isnt completely in its socket that is another safety issue in itself because if it ends up completely dislocating again (as it is incredibly prone to do) while walking with crutches then I will also fall because of that. I need these issues addressed because physically I cannot take the pain and the stress on my joints long enough to make it to and from the dining hall. So I have already had to miss out on Lunch and Dinner today because of this. And as things currently are the way they are I will most likely miss out on every meal and go hungry and begin losing weight and becoming sick until something finally gets done. The Health care Unit prescribed me 600mg of Ibuprofen to take every 6 hours, here is my issue with that, it has no effect on my pain whatsoever. I keep telling them (as in the Doctors and Nurses) and they look at me like I am stupid and I have no clue what I am talking about and basically call me a Liar, I have not lied once to anyone in 15 years. I get so sick of people calling me a Liar and disregarding me as a freak who is supposedly so stupid mentally that he doesnt know anything about anything. If this is the case, how come I made the 4.0 Honor Club in High School and graduated with a 3.9 GPA out of a 4.0 Grade Scale? with High honors? If someone is truly that stupid they would not have graduated with such a high GPA. Let it be known if the state (no matter which department or position in this facility) keeps treating me as such and completely disregarding my medical issues, I am only one phone call away from having my Lawyer submit the paperwork (that has already been filled out) and filing a lawsuit, (which also involves about (7) other businesses and institutions) All I have to do is make a phone call and the 3 facilities that are mentioned (Crawford County Jail (Robinson,IL); Statesville NRC; and Shawnee Correctional Center) will be promptly added to the List and will create an even more massive lawsuit than what Ive already had started. I will not argue or beg anyone to do their jobs properly, I will give only one chance and one chance only, then its by turn to pursue a Lawsuit to the full extent of the Law. Anymore unwarranted mistreatment of me will be documented and forwarded to my lawyer. This is not a threat, it is a promise. I always keep my word as I am a man of my word. Anything I say I will do, I am going to do it by whatever legal means necessary. You guys should consider doing or following this same principal.

Attaway v. IDOC (23-2091) IDOC Document No.:      000004

Assigned Grievance #/Institution: _____

Housing Unit: I - C    Bed #: CO

1st Lvl rec: 2023-2-189

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

19H    2nd Lvl rec: _____

| Date: 2-24-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): Caucasion |
| Present Facility: Shawnee C.C. | | Facility where grievance issue occurred: Shawnee C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): Loose fitting pants
- [ ] Medical Treatment
- [ ] HIPAA
- [X] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

RECEIVED MAR 1 3 2023    RECEIVED FEB 27 2023

Clinical Services    Clinical Services

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information such as a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Under the code of corrections 730 ILCS 5/ 3-7-2(d), and Departmental Rule 502.210 ~~struck~~ Institutional Directive 05.10.115 state, issued clothing (page 8 - (pants-) pants) including, but not limited to, Administrative Directive 05.10.115. All clothing issued to offender should be fitting so they will not keep falling off my waist. And I am an ADA recipient with a walking disability and have a cane to get around with, in which I cannot keep pulling up pants because they are now 4" too big.

[X] Continued on reverse

**Relief Requested:**

_____
_____
_____
_____

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Micheal Attaway | Y55493 | 2-24-23 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: 3/13/23    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:** Does not meet DR 504.810 - No incident date.

_____
_____
_____

| ? Carr | [signature] | 3/15/23 |
| Print Counselor's Name | Sign Counselor's Name | Date |

RECEIVED MAR 1 6 2023

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

SHAWNEE C.C. WARDEN'S OFFICE

---

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [X] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| [signature] | 3/2/23 |
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

The Clothing Room Supervisor stated that he will not exchange my pants for a smaller pair. Now I have only one of the 2 pairs of state issued pants that I can wear. The pants fit to begin with but I have lost over 12 pounds since I got here, so now the pair of pants that I can't wear are too big. If I put the one good pair in to be washed it means that I cannot go to the chow hall without having to worry about the pants that are to big falling to my ankles because I can't keep pulling them up and walk with a cane at the same time. And I can't go anywhere else for the same reason, because if the pants fell to my ankles I will trip and fall and be in more pain then I already live with 24/7. I need your help to resolve this matter so I don't have to miss out on anything in compliance with 730 ILCS 5/3-7-2(d)

Page 2 of 2

Attaway v. IDOC (23-2091) IDOC Document No.:   000006

Assigned Grievance #/Institution: _____

Housing Unit: I ~ L   Bed #: 20

1st Lvl rec: 2023-2-196

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**    22

2nd Lvl rec: _____

| Date: 2-26-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): Caucasian |
|---|---|---|---|

Present Facility: Shawnee C.C.

Facility where grievance issue occurred: Shawnee C.C.

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): Phone List
- [ ] Disciplinary Report

Date of report _____   Facility where issued _____

RECEIVED
FEB 27 2020
Clinical Services

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the collection box or the locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Why was my pastor's Number not approved on my phone List
And why was my Lawyer's phone number also not approved? I need
to speak to my pastor and I need to speak to my Lawyer.
My Lawyer is with Malman Law. And my Pastor is the Lead Pastor
of the Robinson Free Methodist Church in Robinson, Illinois his
name is Pastor Aaron Peterel. I have put in a total of 3
telephone Lists with these numbers on them. However only  [x] Continued on reverse

**Relief Requested:**

I want my pastor's number approved on my phone List along
with my Lawyer's number as I have important business to speak
to them about.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

| Micheal Attaway | Y55493 | 2-26-23 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 3/1/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per your phone list both Numbers are approved.

| Z Love | [signature] | 3/1/23 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to Offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

my uncle's number was approved. I need to know why
nation law wasn't approved specifically because I have legal
matters to discuss with them regarding a few car accidents I
was in with in the past few years and I need to speak to
them desperately. Because they rarely ever respond to letters.
I need to resolve some legal matters that I previously
discussed with them a short while ago, so since their numbers
were not approved, it makes it so much more difficult for me to
contact them. By no means am I trying to scam anybody for a
phone call, as I have money on my phone time for making calls,
and what I need to discuss with nation law is time-restricted
and I am running out of time to resolve these matters. And
quite frankly I really don't want to run out of time. If I
run out of time then It will be too late to do what I need
to do, and also if I run out of time then I have to
eventually pay out of pocket millions to do what I need to
do regarding these legal matters. With my pastor I need to
speak to him about things involving his and my personal
relationship. So I do not appreciate the fact that so far
these numbers have been denied on my phone call list.

Attaway v. IDOC (23-2091) IDOC Document No.:   000008

Assigned Grievance/Institution: _____     Housing Unit: Seg/R H   Bed #: 34

2023-4-57

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**     741 B / 120

| | | |
|---|---|---|
| Date: 4-8-23 | Offender (please print): Micheal Attaway | ID #: Y55493   Race (optional): White |
| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Medical Treatment
- ☒ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility
- ☒ Other (specify): failure to properly accomodate my disability/neglec
- ☐ Disciplinary Report

_____ Date of report _____ Facility where issued

RECEIVED
APR 10 2023
Clinical Services

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the collection box or locked receptacle marked "grievance."

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 4-6-23 at roughly 1:45pm-ish after I refused housing and was escorted to Restrictive Housing/Seg there was a sgt. I'm not sure what his name is but he seems to work regularly in Restrictive Housing and I'm almost positive that I can pick him out in a lineup same with what I believe to be a regular Correctional officer. The correctional officer upon taking off the handcuffs that the sgt put on my wrists to take me back to seg 26 cell he grabbed my arm [☒ Continued on reverse]

**Relief Requested:**

Personally I want to sue the sgt. and the correctional officer involved in taking away my cane because by them doing so they took away my only means of walking period. Which led to the bad fall to begin with and caused me more physical pain than I was already in. And now I can't even walk on my left leg so hell yeah I [want to sue]

- ☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- ☐ Check if this is NOT an emergency grievance.

Micheal Attaway          Y55493          4-8-23
Offender's Signature      ID#             Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: 6/26/23     ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response:
Does not meet PR 504.810. Does not provide information identifying individuals being grieved. EOR

C. Heosa                          N/S                    6/26/23
Print Counselor's Name           Sign Counselor's Name         Date

RECEIVED

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**     Date Received: _____

SHAWNEE C.C.
WARDEN'S OFFICE

Is this determined to be of an emergency nature?
- ☐ Yes; expedite emergency grievance
- ☒ No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____ Chief Administrative Officer's signature          APR 14 2023     Date

Distribution: Master File; Offender          Page 1 of 2

Attaway v. IDOC (23-2091) IDOC Document No.:     000009

RH/Seg    34

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

after it slid into the door frame from me leaning it against the wall, and made a whole show of making it look like I attacked him with my cane, and he clumsily backed himself into the door of cell Seg 15 who the current occupant at the time and I believe is the same occupant as of today being 5-8-23. The Sgt came up on us along with one additional correctional officer real fast. I apologized to the officer who did this with my cane because I had percieved that he took the cane sliding into the door frame as a threat, and as he carried the cane in hand the few feet back to the doorway, he said and I quote "You see how quickly that happened" then the Sgt spoke up and said and I quote "Take his cane from him he is not allowed to have it in his cell" I'm sure the occupant of Seg 15 can testify to this it needed as he said the dude in 26 with the cane did not even touch the C.O. so there was no need for the C.O. to back into my door like that he said this to the other inmates in the other Restrictive Housing/Seg cells because they asked what had just happened. As a result of them taking my cane last night being 5-7-23 at around 5 pm roughly I had just got done taking a leak when my left knee twisted and buckled and the next thing I remember is waking up on the floor and struggling to get up for what seemed like forever but may have only been 45 min to an hour, but I'm not 100% sure how long I was unconscience for. Now I can't put any weight on my left knee period, so I have been hopping around on one leg (being my right leg). Since then and my neck and spine are in a good amount of pain now, and I believe somehow I screwed up my right shoulder even worse than it already was messed up. So in truth I want to sue the Sgt and the correctional officer and get compensated because of what their mistake, their negligence lead up to. Now I may be permanately injured because they wanted to take away my only means of walking on both legs, now thanks to them my left knee has nothing left to give. As it now feels like it is bone on bone rather than having cartilage or muscle tissue to cushion the bones. I don't take too kindly to people doing things to me that cause me physical harm as a result of their actions. Thanks to them I may never be able to walk properly again without having some sort of surgery. They may not have directly caused the fall, but their actions of removing my cane from my left indirectly caused the fall because I had nothing to properly support myself on due to not having my cane. So hell yeah I want to sue them, and I want to sue them for as much as I can get out of them legally. And until I get looked at I want know Yet what extent the damage from the fall really is, because it seems that no body really cares that I felt they think or at least seem to think I am jerking or lying about it. They also seem to think I'm joking about refusing to eat anymore prison food, they will learn soon. As of 5 pm today (5-8-23) it has been 72 hours since I last chose to eat and that was 120 hours since the time before that. So yeah I declared a hunger strike and I have been refusing every meal since I chose to refuse to eat prison food.

Assigned Grievance #/Institution: _____   Housing Unit: **KH/Seg**   Bed #: **34**

Institutional # **2023-4-62**

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

**7B/3A**

| Date: **4-8-23** | Offender (please print): **Micheal Attaway** | ID #: **Y55493** | Race (optional): **white/caucasion** |
|---|---|---|---|
| Present Facility: **Shawnee C.C.** | | Facility where grievance issue occurred: **Shawnee C.C.** | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [X] Disciplinary Report  **4-6-23**  Date of report

- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): **Falsifying information on Disciplinary Report**   **Shawnee C.C.** Facility where issued

- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

*RECEIVED APR 10 2023 Clinical Services*

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On My Disciplinary Report dated 4-6-23 that I recieved around 2:30 pm on 4-6-23 it stated that Sgt. Williams claimed that he told me to go lock up when I refused housing and that suppose I refused to follow that direct order. Sgt. Williams said no such thing to me he actually said and I quote: "I was afraid that it was going to come to this" And then he proceeded to ask the officer in the control booth of 2 house for a ticket form. and  [X] Continued on reverse

**Relief Requested:**

If someone is going to write a report on me, at least be honest about what you are putting in the report. Personally honestly I believe is the best policy. Sgt. Williams he made the report sound like I was aggresive or something.

- [ ] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [X] Check if this is **NOT** an emergency grievance.

**Micheal Attaway**
Offender's Signature   ID# **Y55493**   Date **4-8-23**

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)   Date Received: **4/13/23**   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per Adjustment committee plea of guilty and the written IDR you were found guilty. Your statement to the adjustment committee was that you were guilty of disobeying a direct order and "I am not SMF that is a game I have been playing" EOR

**C. Houston**
Print Counselor's Name   Sign Counselor's Name   Date **4/13/23**

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated.  Offender should submit this grievance according to standard grievance procedure.

_____   _____
Chief Administrative Officer's Signature   Date

Distribution: Master File, Offender   Page 1 of 2   DOC 0046 (Rev. 04/2020)

Assigned Grievance witnessation _____   _____   Housing Unit _RH/Seg_   Issue # _34_

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

then he filled it out and I noticed on my copy that it was
marked that I, as the individual in custody refused to sign.
how could I refuse to sign it if I was never asked to
sign it in the first place? that is lie #2 on the report
that I noticed. Sgt. Williams put that it was a security issue
he was right to some degree, but he was wrong in the reasons he put.
It was more a security risk to myself rather than staff. If
I would have chose to stay and accept housing in 2-D-19
then I know for a fact that I would have gotten hurt or
may be even worse. I can sense these things before hand. You
can call me crazy or call me insane or a liar for claiming
this, but these things, this extra sense that I have has been
proven to be right 100% of the time throughout my almost
25 years of life. So when I percieve or sense these things
I find it is in my best interest to believe what I am
sensing rather than find out what happens if I don't, which
is usually something bad that will cause me a lot of pain
in the end.

Attaway v. IDOC (23-2091) IDOC Document No.:     000012

Assigned Grievance #: [illegible] Living Unit: [illegible] Bed #: [illegible]

[illegible]

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: | Offender (please print): | ID #: | Race (optional): |
|---|---|---|---|
| 5-7-23 | [illegible] | [illegible] | [illegible] |

| Present Facility: | Facility where grievance issue occurred: |
|---|---|
| [illegible] | [illegible] |

Nature of grievance:

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): [illegible]
- [ ] Disciplinary Report

Date of report ____ Facility where issued ____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

[illegible]

RECEIVED
MAY 08 2023
Clinical Services

Relief Requested:

I want to [illegible] [illegible] in my pocket.

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[illegible] Check if this is NOT an emergency grievance

[illegible signature] 55[illegible] 5-7-23
Offender's Signature ID# Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable) Date Received: 5/16/23 [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per PR 504 Individuals in custody in RH status shall be demoted to C grade. Privileges shall be in accordance with grade. Phone calls are not permitted on C grade status EOR

C. Morrison [signature] 5/16/23
Print Counselor's Name Sign Counselor's Name Date

If you are not satisfied with the counselor's response, it is your responsibility to forward grievance with counselor's response to the Grievance Officer.

Emergency Review: Date Received: ____

Is this determined to be of an emergency nature:
[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature Date

Distribution: Master File; Offender Page 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

a lawsuit against this facility for doing me that night. I haven't even had shoes, or writeouts to be able to write to my family as to I am over 15 months since I have been to the store. This place is busying itself with violation after violation. ruin visitor, after violation of laws, rights, human dignity. I've already been speaking to lawyers, they say I have more than a valid case against Shawnee Correctional center worth at least $2 million in the residency keep violating my rights and that number is going to go higher ruining me a very unhealthy young man, and I'm not even 30 years old yet.

Attaway v. IDOC (23-2091) IDOC Document No.:    000014

Assigned Grievance #/Institution: _____   Ho __ Unit: Seg/N-4   Bed #: 1-3 y

1st Lvl rec: _____   ILLINOIS DEPARTMENT OF CORRECTIONS   2nd Lvl rec: _____
**Offender's Grievance**

| Date: 5-7-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race: (optional) Caucasian |

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |

**Nature of grievance:**

☒ Personal Property  ☒ Mail Handling  ☐ Medical Treatment  ☐ ADA Disability Accommodation
☒ Staff Conduct  ☐ Dietary  ☐ HIPAA  ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility  ☒ Other (specify): _Retaliation on Filing a Civil suit_
☐ Disciplinary Report

_____ Date of report  _____ Facility where issued

**RECEIVED**
**MAY 08 2023**
**Legal Services**

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Do you guys realize that it is a violation of federal law to hold a persons mail from them for any period of time? Between Feb 23 and 5-8-23 I received no mail from the outside for that whole time. Also do you guys realize that the policy rules that you stipulate in puts that state that if an inmate gets taken to segregation then you can hold their mail from the inside until they get their tickets heard. That is a direct violation of federal law, which I will be filing a lawsuit over. mark my words you cant even begin to stop me from filing a lawsuit in regards to this. Because then I can file an additional

☒ Continued on reverse

**Relief Requested:**

I want all my mail to be brought to me legally. I shouldn't have to wait until a ticket is heard because that is a clear and direct violation of federal law

☐ Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check this is a NOT an emergency grievance.

Micheal Attaway _____ Y55493 _____ 5-7-23
Offender's Signature        ID#        Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 5/16/23   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per M. Hill mailroom supervisor " the mailroom processes mail as it comes in from the USPS. The mailroom does not hold mail. When mail comes in it is processed and sent to the units. For

C. Housen _____ _____ 5/16/23
Print Counselor's Name        Sign Counselor's Name        Date

Note to offender: If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature        _____ Date

Attaway v. IDOC (23-2091) IDOC Document No.:        000015

ILLINOIS DEPARTMENT OF CORRECTION
Offender's Grievance

lawsuit because you would have to be able to stop me. I won't say and sue me if I have to be give to one period, because if you send DR6 that same thing again while I'm in Seg this time too, I will use that to my lawsuit too. And I will win, you won't be able to stop me from winning.

Attaway v. IDOC (23-2091) IDOC Document No.:   000016

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 5-11-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race: Caucasion |

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |

**Nature of grievance:**

- [X] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ Date of report _____ Facility where issued _____

RECEIVED
MAY 12 2023
Clinical Services

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name of Emergency involved in each person involved):

I got out of Segregation yesterday May 10, 2023 and was going through my property only to find out that most of my stuff has been stolen. My Albuterol Sulfate Inhaler that is used as a rescue inhaler was gone but the box and the user manual were left in my box. 70 of my 500mg tablets of Naproxen were gone. As for my personal property, my fan is gone, 4 XL t-shirts were taken, 1 XL thermal top, 1 XL thermal bottom, an entire 3-pack of used but only worn once or twice boxers of Andrew Scott boxers, 2 [X]Continued on back

**Relief Requested:**

If at all possible I want whatever the value of the listed items to be put on my trust fund account, except the prescription meds, the HCU is taking care of that, I dont want my stuff back whoever stole my belongings can keep them for all I care, I just want the amount of what everything is worth to be put on my trust fund account ...

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

Micheal Attaway            ID# Y55493            5-11-23
Offender's Signature                    ID#

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 5/12/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per Restricted Housing staff; All personal property is sealed in front of the owner when in arriving in RH and opened when exiting RH

J Hall                     JC Hall                    5/31/23
Print Counselor's Name           Sign Counselor's Name

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW**   Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____ Chief Administrative Officer's Signature _____ Date



24 floz. bottles of slimline laundry detergent, 2 pads of paper, 2 pens, washcloth, 1 box of tea, 1 bottle of shampoo, 1 bottle of conditioner, 1 XL sweatshirt, 1 box equal sugar, 3 rolls toilet paper, 2 tubes colgate toothpaste, tooth brushes. 2 new bottles of baby powder, 1 pair finger-nail clippers, 1 cake of blue nut soap, 1 soap dish, 1 comb, 1 XL pair of gym shorts, 3 pairs of socks, 1 mirror, 1 laundry bag, 1 commissary blanket, 2 stamped envelopes, also a state-issued sheet and my mattress. All these items were missing out of personal property box. Also all 3 of my razors in 2015 were stolen, but one was replaced with a razor that wasn't used by me, it was new so there is a different seller than what mine is. I just want what its all worth on commissary. As for the state-issued stuff. I would like replacements if possible, and the Mt. Vernon is taking care of the meds. But also one final item was stolen out, it was my knee sleeve for my left knee, I don't want it back. In fact I don't want any of my commissary items back unless you can get my fan back. I can only think of one person who could have stolen my stuff, he was my cellie in 1-B 2 D, his name is Donavon Holmes ID# Y42253, if he don't have any stuff, then he sold it or traded it for something else. The only things I need back are my fan, even if he has my inhaler, they if needs to be confiscated as it was prescribed to me, and it had a sticker on it with my name and # pill on it. I don't want it because most likely he put his mouth on it and I refuse to use a used inhaler.

Attaway v. IDOC (23-2091) IDOC Document No.:   000018

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

| Date: 5-12-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race: Caucasian |

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |

Nature of grievance:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): Trust Fund transactions/State Pay
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ___ Facility where issued ___

RECEIVED
MAY 1 5 2023
Clinical Services

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

According to my trust fund transaction statement that I have received, on 4-19-23 I was charged twice for legal postage, a total of $1.20. I never filled out any payment vouchers for these. Also they were the state-issued yellow envelopes, that I was told the state is supposed to pay for postage on them, not me. Also nowhere in the orientation manual or any other rules & regulations handouts that this place has given me state anything about a ____ Continued

Relief Requested:

I want to know why my trust fund account shows these things and I then want refunded for the mail I sent out that this place was supposed to pay for, and I want the full state pay that I should get, the remaining amount of $5.96

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[X] Check, this is NOT an emergency grievance.

| Micheal Attaway | Y55493 | 5-12-23 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

Counselor's Response (if applicable)   Date Received 5/15/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
Per business office's I have attached copies of the signed transactions for the postage he is requesting reimbursement for. The individual was housed in restricted housing 4/6/23 — 4/19/23 and when in RH, individuals do not receive state pay.

| J. Hall | [signature] | 5/31/23 |
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the Grievance Officer.

EMERGENCY REVIEW   Date Received ___

Is this grievance of an emergency nature?   [ ] Yes; expedite emergency grievance   [ ] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____
Chief Administrative Officer's Signature   Date



IDOC DEPARTMENT OF CORRECTIONS
Offender's Grievance

reduction in pay if someone gets put on tickets/C-Grade, therefore instead of the normal $13 state pay I want to know why I was only given $7.04 for the month of April, when for the month of March I was given the full $13. If such a rule exists where if one is on C-Grade or they get tickets or however-is, then you guys should include that in the orientation manual and the rules and regulations that you hand out. All it states or reduction in state funds is in regards to a refusal of a job offer, other than that it says nothing.

Attaway v. IDOC (23-2091) IDOC Document No.:    000020

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 5-12-23 | Offender (please print): Michael Attaway | ID #: Y55493 | Race/nationality: Caucasian |
|---|---|---|---|
| Present Facility: Shawnee C.C. | | Facility where grievance issue occurred: Shawnee C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): Somebody falsifying Inmate Requests
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

RECEIVED
MAY 15 2023
Clinical Services

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I don't know if there is any thing that can be done about it but On I believe 5-2-22 I got a call pass to see the nurse practitioner in the HCU, only to get checked out. Came to find out someone other than myself put in a request in my name about chronic knee pain and I haven't put any in recently as the HCU is already taking care of my knee. Also on 5-11-23 I recieved a call pass to the clothing room, same thing. Supposedly it was for a request I put in for

Relief Requested: _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [X] Check if this is NOT an emergency grievance.

| Michael Attaway | Y55493 | 5-12-23 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received _____  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: Does not follow DR 504 guidelines. No name mentioned.

| J Hall | [signature] | 5/31/23 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW**  Date Received: _____

Is this grievance of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Chief Administrative Officer's Signature _____ Date _____

Page 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

...not never actually put into. The last request I submitted to the clothing room was on February 3, 2023 and I was given a callpass on 2-14-23. So the fact that a recent request was submitted deeply disturbs and confuses me as I never submitted them, and quite frankly I'm tired of getting chewed out for these requests that I never submitted. I dont know whats going on but they need to stop because its pissing me off more then anything and it takes a lot to get me pissed off.

Attaway v. IDOC (23-2091) IDOC Document No.:    000022

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 5-20-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): Caucasian |

| Present Facility: Shawnee CC | Facility where grievance issue occurred: Shawnee CC |

Nature of grievance:

[X] Personal Property  [ ] Mail Handling  [ ] Medical Treatment  [ ] ADA Disability Accommodation

[ ] Staff Conduct  [ ] Dietary  [ ] HIPAA  [ ] Restoration of Sentence Credit

[ ] Transfer Denial by Facility  [X] Other (specify): Stolen Property

[ ] Disciplinary Report

Date of Report _____ Facility where issue _____

RECEIVED
MAY 23 2023
Clinical Services

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

When I came out of Seg on 5-10-23 in addition to the grievance I filed on 5-11-23 regarding a number of other stolen items, there a few additional items I forgot to list that were stolen and are listed as follows: 2 pens; 4 stamped envelopes; 1 clip on ear buds; 12 cinnar rolls; 2 boxes of pop tarts; 2 boxes of oatmeal; 6 candy bars (reeses); 1 peanu butter (creamy); 2 saltine crackers; 2 packages of pepparoni slices; 2 peanu butter wafers; 1 wireless notebook (Refer to Date 3-14-23; Time 11:15 am; Ticket #

Relief Requested:

I want the current cost of all these items to be refunded to me so I can attempt to re-purchase these items whenever I go to the store.

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[X] Check if this is NOT an emergency grievance.

| Michael Attaway | Y55493 | 5-20-23 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

Counselor's Response (if applicable)    Date Received: 5/23/23    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277.

Response:

Per restricted housing staff: All property is sealed when recieved in restricted housing in front of the individual and unsealed when the individual exits RH.

| J. Hall | [signature] | 5/31/23 |
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward your grievance with the counselor's response to the Grievance Officer.

---

EMERGENCY REVIEW    Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes: expedite emergency grievance

[ ] No: an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedures.

_____
Chief Administrative Officer's Signature                     Date



078468; Batch#: 07.37.39) for the receipt into IF need be I will show you the receipt but I wont give it up unless I am issued a copy of it in my presence

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 5-22-23 | Offender (please print) Micheal Attaway | ID #: Y55493 | Race: Caucasian |
|---|---|---|---|

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): Commissary Issues
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

RECEIVED
MAY 23 2023
Clinical Serv.

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete. Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 5-22-23 I went to the store to get commissary and last I checked Im on B-Grade yet the commissary computers show that Im on C-Grade, and they told me that because it that I wasn't allowed to shop period. If Im truly on B-grade like my activity sheet shows, and every call pass Ive gotten since 5-11-2 then I expect it to show as such on every computer system here. I haven't gone to the store since 3-14-23, Im getting tired of ☒ Continue...

**Relief Requested:**

I want every place/computer system here to show the actual grade Im on, and I want to be able to go to the store and get things I need w/out being told that Im not allowed to shop because the commissary computers show that Im still on C-Grade when everywhere else shows B-Grade

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance

| Micheal Attaway | Y55493 | 5-22-23 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**    Date Received: 5/23/23    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:**

Per commissary staff. This individual is currently on B grade in the FACTS system and can shop when his housing unit shops. If individual was registered as C grade in Facts then that is what he would have been shopped as.

| J. Hall | [signature] | 5/31/23 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the next stage.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____
Chief Administrative Officer's Signature    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

not being able to go. I need paper, pens, and walkcuff yet. I would have bought some today, if the store people would have allowed me to shop.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| | | |
|---|---|---|
| Date 6-13-23 | Offender (please print) Micheal Attaway | ID # Y55473 |
| Present Facility Shawnee Correctional Center | Facility where grievance issue occurred Shawnee Correctional Center | |

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☒ Medical Treatment   ☐ ADA Disability Accommodation

☒ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility   ☐ Other (specify):

☐ Disciplinary Report

RECEIVED
JUN 14 2023
Clinical Services

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Since I arrived at the Shawnee Correctional Center on 1-24-23 I have sent out hundreds of Inmate Requests to the Health care Unit here regarding injuries I sustained in a collision with an Amazon 18-wheeler on February 2, 2022. My right shoulder was completely dislocated, same with my left hip, my left knee was badly twisted, both ankles were sprained. I went to Carle Foundation Hospital Emergency Room, where they failed to do any thing other than check my vitals and send me home, I called Chicago

**Relief Requested:**

I need to be checked out and possibly have surgeries ordered. Also I would Like $500,000 for pain and Suffering. And I want an ADA assistant of my own personal choice.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

| | | |
|---|---|---|
| Micheal Attaway Offender's Signature | Y55493 ID# | 6-13-23 Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received 8/3/23   ☐ Send directly to Grievance Officer

☐ Return (correspondence at this facility.  Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277)

Response:

Per Gentles HUM, you have been reffered to an ortho For your left knee. The NP educated you on exercises for your right shoulder and perscribd medication For pain. If these exercises are not helping, Contact HCU.

| | | |
|---|---|---|
| Howrem Print Counselor's Name | Sign Counselor's Name | 8/9/23 Date |

Note to offender: If you disagree with the Counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

**EMERGENCY REVIEW:**   Date Received

Is this determined to be of an emergency nature?   ☐ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Chief Administrative Officer's Signature                 Date

ical Center in change IL, and was told they would not see me or treat me. I called Crawford Memorial Hospital in Robinson, Illinois where I was in the same things I had to treat myself by popping back in my hip itself, Purchasing ankle braces for my sprained ankles, I had to purchase knee brace to help my knees, and I have to pop back in my right shoulder, myself. My left hip is not even been back in to this day. Same with my right shoulder. The health care unit has been refusing to acknowledge my requests for treatment. I need my left hip fixed and my right shoulder. I live in 24/7 constant excruciating pain. I need health care, because of my left knee. I have filed numerous grievances within this facility that have gone nowhere. My right arm is showing signs of nerve damage. I cant lift over than 10 pounds, period. I am right handed and I can't even grip the pen I'm using to write this. My right arm is numb in movements, same with my left arm. I need identification as, I was attacked about 9:45 pm on May 27, 2023 May 25th, (I'm doing my arm write by the name of william shamberszer(who at the time was my cellmate). I was attacked because William wanted me to have sex with him and I refused so he proceeded to attack me and re injure everything that was injured in the car accident except for the miniatures. The officers and employees failed to write an incident report, they forced me to sign a statement stating that nothing happened. Then threatened me & assault if I didn't sign the statement. They were going to lock me in segregation but I got released on Mandatory Supervised Release, which would have been until June 14, 2024. They also told they were going to stop me from seizing out any money, or would log my phone calls until the day I am supposed to get released, I'm not sure how legal it is for them to do such a thing, but I know it is illegal to refuse ill me but treatment, and harassment they also threatened to do. They only thing that was done for me after that incident on the night of May 27, 2023 was to move me to a new cell and new cellmate. On May 27, 2023 at 2 pm. No incident report was filled, I was not checked out by a medical professional. I try to have things worked out peacefully, ████████████████████████████████████████ ██████████████████████████ I cant keep having to put my own back together myself because of the negligence of this place, or the negligence of the hospitals that refused to treat me. I even went as far as to go to Nebraska Med hospital in Omaha, Nebraska because I called them and they and they would help me only to find out when I get there I have never wouldn't do anything for me that I actually needed any, then wanted everything off as if I was faking everything. Well there is no faking nerve damage, and there is no faking the pain I'm constantly in. I couldn't be wrong but I believe in my right shoulder there are a few bones either out of place or broken causing my right shoulder to not be able to be properly be put back into its socket. I need an ADA Assistant, bad, but my requests for one have gone unacknowledged.

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

| Date: 6-16-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): Caucasian |
| Present Facility: Shawnee Correctional Center | | Facility where grievance issue occurred: Shawnee Correctional Center | |

Nature of grievance:

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [X] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [X] Other (specify): lack of response on multiple grievances
- [ ] Disciplinary Report

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
locked receptacle marked "grievance"

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administrative detention, issues from another facility except medical and personal property issues, or issues not received by the Chief Administrative Officer.

**RECEIVED**
**JUN 21 2023**
**Clinical Services**

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I filed 2 separate grievances, regarding the property of mine that was stolen. One dated 5-11-23; another on 5-20-23; and I have filed a few others, all I know about them is that they are waiting on counselor's response. Yet I got told by the Unit 3 Counselor that on 6-14-23 that the counselors response that Im waiting on wont come until that counselor gets back from vacation. That is not what I wanted to hear.

Relief Requested: A state loan fan, and $5,000 for pain and suffering. And a full indigent bag of commissary hygiene supplies.

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[X] Yes, this is NOT an emergency grievance

Micheal Attaway — Offender's Signature | Y55493 — ID# | 6-16-23 — Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable) Date Received: 6-22-23 | [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Grievance # 2023-5-116 was dated 5-11-23 and Grievance # 2023-5-217 was dated 5-20-23. Both grievances were completed and returned to Individual in Custody on 5-31-2023. BOR

C. Jates — Print Counselor's Name | [signature] — Sign Counselor's Name | 6-26-23 — Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the Grievance Officer.

EMERGENCY REVIEW: Date Received _____

Is this determined to be of an emergency nature?

[ ] Yes; expedited emergency grievance

[ ] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance process.

Chief Administrative Officer's Signature _____ Date _____

Attaway v. IDOC (23-2091) IDOC Document No.: 000029

It is way too hot to not have a fan first and foremost, and if I dont hear any response on these grievances soon, then I will be filing a claim in the Court of Claims in Springfield, Illinois, and I will be asking for much more than what my property is currently worth that was stolen. Because I'm sitting here suffering due to the fact that I have no fan as a means of cooling down. I have been having some difficulty breathing because of it. If I die from heat exhaustion or heat stroke, you guys better be prepared to pay my family. I dont have any money coming in to be able to purchase a new fan. I cant even purchase food, a hot pot, a t.v. or trimmers or really anything else I need, because $13/month doesn't do anything, and since I cant seem to get a job or good time, I'm basically getting fucked every which way. So just know I fully intend on getting so much more than what my personal property was worth. Altogether by my calculations my stuff was worth $20?.00, and if you guys only have records of less than half of that, well that isn't my problem, it would be whoever is keeping the records around here. Because I dont have money coming in, I owe the law library at least $15 for all the legal copies I've had to get. I cant even purchase all the hygiene stuff that I need, so I am forced to make everything I do have last longer than it was supposed to last. 1 tube of toothpaste that was designed to last 30 days, I have to make it last 90 days. Shampoo and body wash, since I cant use the state provided baby shampoo and ~~the combination~~ of next I soap, I have to get shampoo from the healthcare unit that I have to make last a lot longer than is necessary. I have to purchase my own phone time if I want to talk to my family, because they are too broke to pay for a collect call. I dont have money to just go to the store and purchase everything I need, let alone purchase a new fan. I dont care if you have to issue an in state loan fan, just do something, I'm tired of suffering this heat with little to no relief.

ILLINOIS DEPARTMENT OF CORRECTIONS
### RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

Date Received: 03/06/2023          Date of Review: 04/11/2023          Grievance #: 2023-02-186E

Individual in
Custody Name: Michael Attaway                                        ID#: Y55493

**Nature of Grievance:**

7. Staff Conduct / B. Performance of Duty
Attaway grieves that he was involved in an incident with staff and was left with a strange bruise. He c/o not being treated gentle enough, or with respect.

**Facts Reviewed:**

Reviewed: Response from IA Lt B. Banks: ATTAWAY stated on 2/21/2023, at approximately 9:00 p.m., he fell to the floor in pain while inside of his assigned cell. ATTAWAY indicated he laid on the floor in pain until staff arrived at approximately 9:30 p.m. ATTAWAY stated staff talked to him and called a Medical Emergency over the institutional radio after he could not get up. ATTAWAY indicated medical staff arrived with a wheelchair and assessed him inside of the cell. ATTAWAY stated staff placed him in the wheelchair and he was taken to the Health Care Unit where he was assessed and sent back to his assigned cell. ATTAWAY indicated security staff was rude to him and was too rough on him when they placed him in the wheelchair because he was in a lot of pain. ATTAWAY stated he had a bruise on his right arm the following day from where staff picked him up. ATTAWAY indicated he was not assaulted but thought staff should be more gentle on an individual who was in a lot of pain. ATTAWAY stated he did not have any further issues with staff since that incident. ATTAWAY indicated he was assigned to Unit 1 and did not fear for his safety in general population at Shawnee Correctional Center. All involved staff completed Incident Reports on 2/21/2023 following the incident. Based on all information reviewed, this grievance does not warrant an investigation at this time.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be DENIED. Internal Affairs reviewed the incident and deems no investigation is necessary based on their findings. Attaway should continue to request assistance as he deems necessary.

K. Johnson, CCII
_____                    _____
Print Grievance Officer's Name                         Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: 4/11/23          ☑ I concur     ☐ I do not concur     ☐ Remand

Action Taken:

_____                    _____4/11/23_____
Chief Administrative Officer's Signature                        Date

| Individual in Custody's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____          _____          _____
Individual in Custody's Signature                    ID#                    Date

Attaway v. IDOC (23-2091) IDOC Document No.:      000031

Assigned Grievance #/Institution: _____

Housing Unit: J-C   Bed #: 20

1st Lvl rec: 2023-2-186

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

7B   2nd Lvl rec: _____

| Date: 2-24-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): Caucasian |

Present Facility: Shawnee C.C.   Facility where grievance issue occurred: Shawnee C.C.

**Nature of grievance:**

☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☐ Other (specify): _____
☐ Disciplinary Report

Date of report _____   Facility where issued _____

RECEIVED
SHAWNEE CORRECTIONAL CENTER

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

RECEIVED
FEB 28 2023
Clinical Services

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
COUNSELOR LIAISON
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 2-21-23, I dont krew the C.O.'s name, but he works, I know for sure Only in recieving 2nd shift he is white with a slightly tan complexion, is muscular has a redish-brown thick beard & mustache, I can point him out in a line up if I need to. Anyways he wears the Tan C.O. uniform polo shirt, then his co-worker who also works 2nd shift (he works 3rd shift to this guys coworker) not only were they rude, assholes, but were very angry that they had to call a code 3 because mainly it was in so much

☒ Continued on reverse

**Relief Requested:**

I need the strange bruising photographed and I don't want any more interactions with those 2 C.O's and that white shirt. And I need people to be more gentle with me if they have to call another code 3 and I won't have an issue with them as long as they show me respect as I have always been kind and polite to every last one of them

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Micheal Attaway   Y55493   2-24-23
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____
Print Counselor's Name   Sign Counselor's Name   Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED

**EMERGENCY REVIEW:**   Date Received: _____ 2023

SHAWNEE C.C.
WARDEN'S OFFICE

Is this determined to be of an emergency nature?

☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____   3/2/23
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

Attaway v. IDOC (23-2091) IDOC Document No.:   000032



JB Pritzker
Governor

Rob Jeffreys
Director

**The Illinois Department of Corrections**

Shawnee Correctional Center
6665 State Route 146 East • Vienna, IL  62995 • (618) 658-8331 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:   March 13, 2023

TO:       Counselor Johnson
            Clinical Services

FROM:   Lt. Banks
            Internal Affairs

SUBJECT: Grievance 2023-2-186

This memorandum is in response to a grievance (2023-2-186) completed by MICHAEL N. ATTAWAY, Y-55493 on 2/21/2023, in which ATTAWAY alleged staff conduct.

The Internal Affairs Unit interviewed ATTAWAY on 3/13/2023 after receiving an Outlook Message from Counselor JOHNSON that copied Warden GALLOWAY in the message. GALLOWAY indicated he would like the Internal Affairs Unit to review the grievance and the allegations within the grievance.

ATTAWAY stated on 2/21/2023, at approximately 9:00 p.m., he fell to the floor in pain while inside of his assigned cell. ATTAWAY indicated he laid on the floor in pain until staff arrived at approximately 9:30 p.m. ATTAWAY stated staff talked to him and called a Medical Emergency over the institutional radio after he could not get up. ATTAWAY indicated medical staff arrived with a wheelchair and assessed him inside of the cell. ATTAWAY stated staff placed him in the wheelchair and he was taken to the Health Care Unit where he was assessed and sent back to his assigned cell. ATTAWAY indicated security staff was rude to him and was too rough on him when they placed him in the wheelchair because he was in a lot of pain. ATTAWAY stated he had a bruise on his right arm the following day from where staff picked him up. ATTAWAY indicated he was not assaulted but thought staff should be more gentle on an individual who was in a lot of pain. ATTAWAY stated he did not have any further issues with staff since that incident. ATTAWAY indicated he was assigned to Unit 1 and did not fear for his safety in general population at Shawnee Correctional Center.

All involved staff completed Incident Reports on 2/21/2023 following the incident. Based on all information reviewed, this grievance does not warrant an investigation at this time.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those
in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 03/06/2023 | Date of Review: 04/14/2023 | Grievance #: 2023-02-188E |
| Individual in Custody Name: Michael Attaway | | ID#: Y55493 |

**Nature of Grievance:**

11. Medical / E. Treatment
Attaway grieves that he has not received adequate medical treatment.

**Facts Reviewed:**

Reviewed: Grievance 2023-02-188E: Attaway did not cite a date when an incident occurred. Failure to follow DR 504.810 guidelines. Date within grievance is not an incident date.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be DENIED. Overall failure to follow DR 504.810 guidelines. Valid incident date not cited within grievance, therefore no review will be given.

K. Johnson, CCII

Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 41723 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

Chief Administrative Officer's Signature                    41723
                                                              Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature                    ID#                    Date

Distribution:   Master File; Individual in Custody          Page 1
                                                    Printed on Recycled Paper                    DOC 0047 (Rev. 9/2022)

Attaway v. IDOC (23-2091) IDOC Document No.:      000034



ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

Attaway v. IDOC (23-2091) IDOC Document No.:   000035

Assigned Grievance #/Institution: _____

Housing Unit ~~~~~~~~  Bed # ~~~~~~~~

1st Lvl rec: **2023-2-188**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

**IIE**

2nd Lvl rec: _____

| Date: 2-21-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): Caucasion |
|---|---|---|---|

| Present Facility: Shawnee Correctional Center | Facility where grievance issue occurred: Shawnee Correctional Center & Statesville NRC, Crawford County Jail, Robinson, Illinois |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] HIPAA
- [x] Other (specify): Health Care Unit

- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____
Date of report          Facility where issued

**RECEIVED**
SHAWNEE CORRECTIONAL CENTER
MAR 01 2023

**RECEIVED**
FEB 27 2023
Clinical Services

**Note:** Protective custody denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle located in each facility.

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have put in multiple kites to the Health Care Unit about my right shoulder not being fully in its socket and constantly being in pain and so far not only Statesville NRC but the Crawford County Jail in Robinson, IL but also here (Shawnee C.C.) have ignored me about it constantly. I have told ~~the~~ all three places mentioned about various physical medical issues that I suffer from due to a car accident I was in on 7-2-22 ~~among the~~ other events that occurred throughout my life

[x] Continued on reverse

**Relief Requested:**

I want every test possible run to figure out how to either a) ease the pain I feel significantly b) reduce the pain to nothing, or most importantly c) fix my body so I don't have to deal with anymore temporary measures. I desperately need a permanent solution to this extreme, severe, excruciating, constant pain.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Micheal Attaway_                    Y55493                    2-21-23
Offender's Signature                    ID#                    Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____
_____

**RECEIVED**

_____     _____     _____
Print Counselor's Name         Sign Counselor's Name             Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: MAR 02 2023

**RECEIVED**
SHAWNEE C.C.
WARDEN'S OFFICE

Is this determined to be of an emergency nature?

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____     3/2/23
Chief Administrative Officer's Signature         Date

Distribution: Master File; Offender         Page 1 of 2         DOC 0046 (Rev. 01/2020)

Attaway v. IDOC (23-2091) IDOC Document No.:     000036

and so far all three facilities have ignored me. I get they have thousands of other issues and thousands of other inmates to deal with, but for all three facilities to ignore the constant pain I am in and seemingly choosing only the issues that I have that are less pressing to address, is quite frankly rediculous. I have told all 3 facilities where to find the medical records pertaining to the individual medical issues that I have and so far the records have not been pulled by either of the 3 facilities, nor are they in my medical file here at Shawnee C.C. to the date on this grievance. I personally believe that 8.5 months is more than enough time to have pulled the records already. Yet the 190 days I was in the County Jail in Robinson, Illinois None of the most important records were ever pulled, and the 34 days I was in Statesville NRC, again the records were not pulled, and so far the 28 days I have been here in Shawnee C.C. the records still have not been pulled. The reason I stress about the records being pulled is to prove that I am not lying about any of the medical issues I claim to have, because it seems that all 3 facilities listed seem to think I am lying. The truth is I have no reason to lie about being in constant almost unbearable pain. I have lived with pain that on a 1-10 scale averages about 8-10 daily and has been that way mainly since the car accident I was in on 2-2-22 where I wasn't in my full right mind yet to get fully checked out, other than X-rays of my right shoulder, as during the accident the van I was driving spun at least 12 times (maybe way more) super hard and super fast, therefore jumbling my mind to the point where it took 2 weeks for me just to even think clearly. I have told all 3 facilities this and they still for whatever reason seem to think I am lying. I literally have to force myself to get up each morning. And quite frankly 1000mg of Naproxen a day just isn't gonna cut it as a permanant solution to the pain. I really need someone to find the underlying issue and stop trying to cover it up with pain killers that my body burns through a lot faster than it should. A total of 2,000mg of Naproxen wouldn't even cover the pain. Most of the time I choose to deal with the pain without pain killers because I am trying desperately to keep from permanantly damaging my internal organs. My car accident was on 2-2-22 and I got arrested on 6-14-22, a short 4 months and 12 days for most people, it was an excruciating lifetime for me and my time while being locked up for the past 252 days hasn't been much better. It may not seem like I am in constant pain from how I carry myself but the truth is deep down I hide it, because it has become natural for me to hide both physical pain and mental pain. Each day is a struggle to get out of bed, but I do it because I have to. My brain is hardwired to be constantly moving when I am awake due to ADHD. I am not as hyper as I used to be due to the pain. I am so tired of the pain. I am tired of living with it. You don't want to know how often I have cried out to God my father (continued on Attached paper)

Assigned Grievance #/Institution: _____                    Housing Unit: I-C    Bed #: 20

1st Lvl rec: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

2nd Lvl rec: _____

to just either take away my pain so I can go on with my life or just take my life
and take me home to heaven, so my constant suffering can just end permanently and
I can finally be at peace. By no means am I suicidal. But I am sick and tired
of people calling me a liar because they don't believe there is an issue with me,
[so] How can someone "tell me" there is nothing wrong with me,
if they are not gonna bother to check into the issue and see why I am in so
much pain. Things move way too slowly around here for my taste. I understand every
thing takes time, But to me time is of the essence when I am constantly in so
much pain, that I have to force myself to not only get out of bed every day but
also just to move. I'm to the point where I don't care if someone in authority here in
this prison (Shawnee C.C.) or any other authority figure thinks I am moving to slow for
their liking, write me a ticket, Sure, lock my ass in seg, put me in the naked room,
do whatever you have to do, I no longer care. I will only move as fast as my body
allows me too. But one thing is for sure I cannot keep living like this in constant
never ending pain. The pain doesn't even end when I go to sleep at night and it never
eases up at all. To be completely honest I would be much more comfortable
at home where I can go to the doctors whenever I want or need too, and can
sleep in a far more comfortable bed, that doesn't cause me more pain. I am getting
worse, I fear that if something isn't done, surgeries or otherwise, I fear I may
get to the point where the pain level is so bad that I will be permanently
bedridden, paralyzed or God knows what. I understand going home early may
or may not be an option, but I know for a fact that I am unable to work.
I can't even lift my big property box without almost passing out from
not being able to breathe due to the added pain that causes, I can't
even move while lifting the box. If I do work it has to be a taxi
job, or something where I set at a desk with a decently cushioned chair.
Just sitting at that class room desk to do both parts of the 2 day TABE
testing was almost too much to handle, due to my most severe pain being in
my back, muscles & spine included. I can't stand or sit for long periods
of time without adding to the constant pain I am already in and making it
10X worse. I keep sending kites to the health care unit and I
kept sending them since I got locked up on 6-14-22 and nothing has been
done except for prescribe pain killers that have no effect on the pain. My
body burns through the pain pills way too quickly. 2 tablets of Naproxen
only last 2 hours per 500mg pill when they were supposed to last 12 hours. I
take 1000mg per day with no promising results and I've taken all the
ibuprofen & tylenol that has been given to me, still no promising results.
I desperately need a permanent solution. It seems I am much better off
laying in bed constantly, and being lazy rather than getting up and facing
the music of physical pain which has become the biggest part of my
life, every single fucking, miserable day of it And its only miserable
because of the constant severe daily pain. I will no longer put up
with the bare minimal primitive medical treatment that the health
care unit provides. The fact that they don't believe anything is wrong
with me is they type of false thinking that is going to cause me to have
to file a lawsuit for improperly medically treating me. I am in too
much damn fucking pain for this place to do the bare minimal
treatment. I am sick of the games, this place and the health
care unit like to play, I'm sick of the "bullshit lie" Oh were
sorry there is nothing we can do for you" I am so tired of hearing it I could
puke. I am sick of all this Fucking bullshit. I am just sick of it all

Distribution: Master File; Offender                    Page 2 of 2                    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____          Housing Unit: 1-C   Bed #: 20

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: 2-21-23 | Offender (please print): Micheal Attaway | ID #: 455493 | Race (optional): Caucasion |
|---|---|---|---|
| Present Facility: Shawnee C.C. | | Facility where grievance issue occurred: Shawnee C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): Health Care Unit
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____          _____
Date of report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to:
locked receptacle marked ~~[illegible]~~

RECEIVED
SHAWNEE CORRECTIONAL CENTER

FEB 27 2023

Clinical Services

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____
_____
_____
_____
_____
_____
_____

[ ] Continued on reverse

**Relief Requested:**

_____
_____
_____
_____
_____

[ ] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

_____          _____          _____
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

_____          _____          _____
Print Counselor's Name          Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**     Date Received: _____

RECEIVED
MAR 03 2023
SHAWNEE C.C.
WARDEN'S OFFICE

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____          _____
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 05/03/2023 | Date of Review: 05/09/2023 | Grievance #: 2023-4-147 |
| Individual in Custody Name: MICHAEL ATTAWAY | | ID#: Y55493 |

**Nature of Grievance:**

Grievant states that Judge Weber in the states attorneys office gave him 190 "day for day" jail credit to equal 380 days credit. States they never received the jail credit.

**Facts Reviewed:**

Reviewed by Counselor Love: "Does not meet DR 504.810-Incident date more than 60 days."
Further Review by Grievance Officer: Individual states a date of 12/20/2022 with a filing date of 04/25/2023. Individual participated in "in person" Orientation on 01/30/2023 which outlined how to properly file a grievance for review. Individual was also provided a written copy of the Orientation Manual with DR504.810 outlined.

**Recommendation:**

Based on a total review of all available information Grievance Officer recommends that Individual in Custody's grievance be DENIED. Grievance does not meet DR 504.810 specifications for review. Outside the 60 day window for review. Individual was provided information on 01/30/2023 via Orientation on how to properly file a grievance for review.

| Kasey Prescott CCII | Kasey Prescott |
|---|---|
| Print Grievance Officer's Name | Digitally signed by Kasey Prescott Date: 2023.05.09 10:54:23 -05'00' |
| | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable.)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: MAY 1 1 2023 | ☒ I concur   ☐ I do not concur | ☐ Remand |

**Action Taken:**

Chief Administrative Officer's Signature

MAY 1 1 2023
Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Individual in Custody's Signature | ID# | Date |
|---|---|---|

Distribution: Master File; Individual in Custody

Page 1
Printed on Recycled Paper

DOC 0047 (Rev. 9/2022)

Attaway v. IDOC (23-2091) IDOC Document No.:   000040

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE (Continued)



Attaway v. IDOC (23-2091) IDOC Document No.:     000041

Assigned Grievance #/Institution: _____

Housing Unit: **l**   Bed #: _B-2_

1st Lvl rec _2023-4-147_

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec

Date: _4-25-23_   Offender (please print): _Micheal Attaway_   ID #: _455493_   Race (optional): _White_

Present Facility: _Shawnee C.C._   Facility where grievance issue occurred: _Shawnee C.C._

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☐ Medical Treatment   ☐ ADA Disability Accommodation
☐ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☒ Restoration of Sentence Credit
☐ Transfer Denial by Facility   ☐ Other (specify): _____   
☐ Disciplinary Report

_____ Date of report _____   Facility where issued _____

RECEIVED
SHAWNEE CORRECTIONAL CENTER
MAY 03 2020

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

RECEIVED
APR 26 2023
Clinical Services

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

When I was in the trial court Judge weber and the States Attorney and my public Defender all told me that the 190 days I served in the county jail was supposed to be counted day for day. So they told me that the 190 days was supposed to be counted as 380 days, but upon looking at my copy of my committa paperwork I recieved only in the last couple of days it shows that there is no jail credit, which is weird because I stro

☒ Continued on reverse

**Relief Requested:**

I want all my jail time credit that I am supposed to get and I want it asap before I get a lawyer and file lawsu

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

_Micheal Attaway_   _455493_   _4-25-23_
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _4/27/23_   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Does not meet DR 504.810 - Incident date more than 60 days.

_____   _____   _4/27/23_
Print Counselor's Name   Sign Counselor's Name   Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____   _____
Chief Administrative Officer's Signature   Date

Distribution: Master File, Offender   Page 1 of 2   DOC 0046 (Rev. 01/2

B-23

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

'mber looking over And signing paperwork on 12-20-22
it stated that 380 days were supposed to be counted
3 jail credit. I want to know whatever happened to
l that credit as my current out date does not show
ny of that nor does my committment paperwork. And
y actual copies of the paperwork that showed all this
ed it never made it with me, as the Crawford County
jail has some stupid policy where the inmates there
nt take anything with them when being transferred into
DOC custody, we could only release our property to
meone on the outside

Attaway v. IDOC (23-2091) IDOC Document No.:    000043

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Grievance Cancelation**
Shawnee Correctional Center

Date: _5/31/2023_

To: GRIEVANCE COMMITTEE

From: Offender Name _Micheal N. Attaway_          Number _Y-55493_

Subject: Grievance Title _2023-5-265_

I, _Micheal Attaway_          an offender at this facility wish to cancel my grievance.

_Micheal Attaway_   _Y55493_
Offender Name & Number

_5-31-23_   _1:03_   AM/PM
Date & Time

_5/31/2023_
Staff Witness                          Date

Printed on Recycled Paper

SHA 0063 (Eff. 11/2018)

Attaway v. IDOC (23-2091) IDOC Document No.:   000044

Assigned Grievance #/Institution.                                       Housing Unit: 2-C     Bed #: 1 7

2023-5-265          **ILLINOIS DEPARTMENT OF CORRECTIONS**          5D
                    **Offender's Grievance**

| Date: 5-27-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): Caucasion |

Present Facility: Shawnee C.C.          Facility where grievance issue occurred: Shawnee C.C.

**Nature of grievance:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Medical Treatment | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☒ Other (specify): PREA Issues | | |
| ☐ Disciplinary Report | | | |

RECEIVED
MAY 31 2023
Clinical Services

Date of report _____     Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle located in each facility.

> Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
> Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
> Chief Administrative Officer, only if EMERGENCY grievance.
> Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
> issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved).

Since 5-12-23, only 24 hours after my current cellmate William Shenholtzer became my cellmate in 2-C-14, I have had to fend off his sexual advances. He keeps begging me and trying to pressure me to do sexual things with him. He is making me extremely uncomfortable. I've done my best to try to ignore him but its very difficult, when he spends the majority of his time staring at me, sexualizing me. He enjoys walking around in this cell with his shorts on and nothing on underneath I only know

☒ Continue on reverse

**Relief Requested:**

I want to have a cell all to myself, I'm tired of being put into a cell with people who sexually harrass me. I don't want a cellmate for the rest of my duration of my stay here at the Illinois Department of Corrections.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Micheal Attaway | Y55493 | 5-27-23 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: _____     ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
_____
_____
_____
_____
_____

| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, you have the responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED

**EMERGENCY REVIEW:**     Date Received: JUN 01 2023

SHAWNEE C.C.
WARDEN'S OFFICE

Is this determined to be of an emergency nature?                    Cancelled -H

☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____          4/5/23
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. 11 2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

this because he longs about — He keeps trying to guilt
trip me into doing sexual things with him. He's extremely
relentless. I've had to shove him back away from me on
multiple occasions. There was a time a few days ago when I
had my back to him opening up the window to get fresh air
from outside, and he came up behind me just as a mouse
and grabbed me from behind while humping me from behind
fully clothed with a silent boner. As cuffed as I am I had
to muster all my available strength to force him off of me
which caused him tremendous pain. Honestly I am afraid that
if something isn't done soon he's going to take it way too far and
end up raping me. I won't sit here and judge anyone, but
when I say it, I mean it. Clearly he doesn't understand
what that means since I keep having to fend off his
sexual advances. I had to deal with far too much sexual
issues as a very young child to even want to be near that type
of evil again. I have kept fending his off, I'm getting
physically weaker the more I have to fend him off. I haven't
said anything before I ever thought he would take the hint
to a girl's and I don't see entertaining saying something out
loud, I've had to grow enough courage just to write this.
If he keeps up the sexual advances and the sexual harassment
I may end up hurting him with the very cane I need to
walk with because I am dead, I'm in deep with it
erratic by. I am tired of him badgering me for sex, I only
like females. I believe in the christian bible which is against
homosexuality. I promise you one thing if he succeeds in
raping me I may end up killing him, and I don't want to
do that because then I would be violating one of the 10
commandments of the christian bible. If it comes down to
he raping to K... boy, which I won't do until he ends up raping
me, I'm 100% certain that it will be a justified murder
in the eyes of the law. Please I beg of you don't let it get to
that point. I can't wait that in my conscience. When I was in
cell 1-B-23 with Dannon Holmes he had a bad habit of stripping
butt-ass naked and dancing around the cell. I had to make him
put clothes on, I don't desire to see another man naked, nor
do I desire to have sex with another man. The very thought
of sex with men William Strahaltzer loves to masturbate while
he's taking a shit in the toilet, I don't see it due to a
cell being bunked but he I don't have to see, but I hear it
and it makes me want to puke. He likes to grab himself while
he has a boner and playing with himself begging me to suck his
dick. I keep telling him Hell no, But he refuses to take the hint
and keeps trying. I don't want to deal with it anymore, but I don't
really have the courage to voice it, just like I didn't have the courage
to voice what Dannon Holmes was doing, I dread nightime after
supper or close that is when William Strahaltzer is the horniest. I
often will be fin passed before I close my eyes no matter how tired
I am and I make sure I am awake before he is to make
sure he doesn't try any thing while I am asleep. I'm losing sleep
over this to protect myself and I'm tired of it, I can keep doing this.

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 06/29/2023 | Date of Review: 07/06/2023 | Grievance #: 2023-5-281 |
| Individual in Custody Name: MICHAEL ATTAWAY | | ID#: Y55493 |

**Nature of Grievance:**

16. DIETARY
A. FOOD QUALITY/QUANTITY

**Facts Reviewed:**

\*\*Grievant states during in house chow on 05/25/2023 they were provided a tray with only applesauce and salad being provided. Grievant states they are authorized a kosher tray and that the tray provided was not in line with Kosher tray caloric standards. Grievant states their wing officer called the kitchen and was told that what was sent to the unit was the correct kosher tray.
\*\*Relief Requested: No relief provided
\*\*1st Level Review by CCII Hall: "Meals and portion sizes are set by the master menu, which is sent from Springfield."
\*\*Reviewed by Grievance Officer: Grievance Officer sent the original grievance to CFSM Mott who states in summary by G.O. that the applesauce and salad would have only been the "cold try" portion of the kosher meal and that there should have also been a "hot tray" with that. Mott says they can only assume it was either given to someone else, or wasn't sent to the unit by mistake. Mott ensures they have addressed the issue with Dietary staff to ensure it does not happen again.

**Recommendation:**

Based on a total review of all available information this Grievance Officer recommends that Individual in Custody's grievance be AFFIRMED. CFSM Mott has addressed the issue with the diet line and CFSS to ensure it does not happen again.

| | |
|---|---|
| Kasey Prescott CCII | Kasey Prescott  Digitally signed by Kasey Prescott Date: 2023.07.06 08:55:12 -05'00' |
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: JUL 1 2 2023 | ☒ I concur    ☐ I do not concur | ☐ Remand |

**Action Taken:**

| | |
|---|---|
| Chief Administrative Officer's Signature | JUL 1 2 2023 |
| | Date |

| Individual in Custody's Appeal To The Director |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.) |

| | | |
|---|---|---|
| Individual in Custody's Signature | ID# | Date |

Attaway v. IDOC (23-2091) IDOC Document No.:    000047



ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE (Continued)

Attaway v. IDOC (23-2091) IDOC Document No.:     000048

Assigned Grievance #/institution:

2023-5-281

Housing Unit: 16A    3C 23

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Date: 5-25-23

Offender (please print): Micheal Attaway

ID #: Y55493

Race (optional): Caucasion

Present Facility: Shawnee C.C.

Facility where grievance issue occurred: Shawnee C.C.

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [x] Dietary
- [ ] Other (specify):
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____  Facility where issued _____

RECEIVED
MAY 31 2023
Clinical Services

Note: Protective custody denials may be grieved immediately via the local administration on the protective custody status notification.

RECEIVED
SHAWNEE CORRECTIONAL CENTER
GRIEVANCE LIAISON
JUN 21 2023

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 5-25-23 dinner was served in-house, and I get a Kosher tray. However what I got should not have even been considered a meal. Like seriously what is a meal of salad and applesauce. I spoke to my wing officer and he said he called the kitchen and was told that what was on the Kosher tray was the entire calorie count for todays dinner. Well I beg to differ as there is little to no calories in 1 serving of

[x] Continued on reverse

Relief Requested:

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

Offender's Signature: Micheal Attaway    ID#: Y55493    Date: 5-25-23

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 5/31/23    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Meals and portion sizes are set by the master menu, which is sent from Springfield.

Print Counselor's Name: J. Hall    Sign Counselor's Name: _____    Date: 6/7/23

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

[ ] Yes, expedite emergency grievance
[ ] No an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____    Date _____

Page 1 of 2    DOC 0046 (prev. DC 5657)

DEPARTMENT OF CORRECTION
Offender's Grievance

Salad and 1 serving of applesauce. If they seriously want to call that a meal they are completely insane I got 4 counts I mean there was no meat or protien on my tray period. All there was, was the applesauce and the salad. I wouldn't even call that a meal I call that a snack more than anything and thats what is considered a meal, then I want to be compensated for the lack of an actual meal. Because applesauce and salad is not a meal it is a snack. That holds ittle to no calories whatsoever.

Attaway v. IDOC (23-2091) IDOC Document No.:     000050

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 06/16/2023 | Date of Review: 06/20/2023 | Grievance #: 2023-6-95E |
| Individual in Custody Name: MICHAEL ATTAWAY | | ID#: Y55493 |

Nature of Grievance:

11. MEDICAL
E. TREATMENT

**Facts Reviewed:**

**Grievant states they were in a car wreck on 02/02/22 and they are "so sick and tired of putting out countless kites to the healthcare unit here at Shawnee regarding constant severe, excruciating pain."
**Relief Requested: "I want to sue wexford health for hiring people who seem to refuse to help me when I am in so much pain 24/7 with no relief, and I need the surgeries to be scheduled for all my affected body parts which were affected from the car accident. I want $100,000 for pain and suffering."
**Reviewed by Grievance Officer: Individual does not provide an incident date in the body of the text and only states the date of the car wreck as 02/02/2023. Individual was not in custody during this time. This grievance does not meet DR504 qualifications for a review. Furthermore, a review of O360 shows that since individual has been at Shawnee, they have been seen by HCU for "treatment", "Registered Nurse", "Nurse Practitioner", "Doctor Call Line 2", "Health Care Unit", "Doctor Call Line", "XRAY", and "Health Care Unit" a cumulative total of 43 times since 01/24/2023. Individual participated in Orientation and received an Orientation Manual on 01/30/2023 detailing how to file a grievance for review.

**Recommendation:**

Based on a total review of all available information this Grievance Officer recommends that Individual in Custody's grievance be DENIED. Does not meet DR 504 qualifications for review. Individual participated in Orientation on 01/30/2023 which outlines in detail how to file a grievance for review.

| Kasey Prescott CCII | Kasey Prescott | Digitally signed by Kasey Prescott<br>Date: 2023.06.20 10:16:29 -05'00' |
|---|---|---|
| Print Grievance Officer's Name | | Grievance Officer's Signature |
| (Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable) | | |

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: JUN 2 1 2023 | ☒ I concur | ☐ I do not concur | ☐ Remand |
| Action Taken: | | | |
| | | | JUN 2 1 2023 |
| Chief Administrative Officer's Signature | | | Date |

| Individual in Custody's Appeal To The Director |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.) |

| Individual in Custody's Signature | ID# | Date |
|---|---|---|

Distribution:   Master File; Individual in Custody

DOC 0047 (Rev. 9/2022)

Attaway v. IDOC (23-2091) IDOC Document No.:     000051



ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

Attaway v. IDOC (23-2091) IDOC Document No.:     000052

Assigned Grievance #/Institution: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Housing Unit: _____ Bed #: _____

t Lvl rec: 2023-6-95

1st Lvl rec: _____ 2nd Lvl rec: _____  11E/7B

ate: 4-30-23

Offender (please print): Micheal Attaway

ID #: Y55493

Race (optional): White

resent Facility: Shawnee C.C.

Facility where grievance issue occurred: Shawnee C.C.

ature of grievance:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Health Care Unit Negligence
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report: _____ Facility where issued: _____

**RECEIVED**
SHAWNEE CORRECTIONAL CENTER

**RECEIVED**
JUN 14 2023
Clinical Services

Note: Protective custody denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle located in each "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am so sick and tired of putting out countless grievances
kites to the health care unit here at Shawnee C.C. regarding
the 24/7 constant severe excruciating pain I continue to
feel from the car accident I was in on 2-2-22 at 2am
where the vehicle I was driving got hit by a semi-truck
causing me to lose complete control of the vehicle. The car
accident was so violent that it royally screwed up my    [x] Continued on reverse

Relief Requested: I want to sue Wexford Health for hiring people who seem to
refuse to help me when I am in so much pain 24/7 with
no relief, and I need the surgeries to be scheduled for all
my affected body parts which were effected from the car accident
I want $100,000 for pain and suffering

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Michael Attaway          Y55493          4-30-23
Offender's Signature          ID#          Date
(Continue on reverse side if necessary)

**RECEIVED**

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[x] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

MAY 0 8 2023
ADMINISTRATIVE
REVIEW BOARD

_____
_____
_____
_____
_____

Print Counselor's Name          **RECEIVED**          Sign Counselor's Name          Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: JUN 14 2023

SHAWNEE C.C.
WARDEN'S OFFICE

Is this determined to be of an emergency nature?

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

JUN 15 2023

Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. 01/2020)

Offender's Grievance

entire spine from the back of my skull down all the way to my hips, in addition it partially dislocated my right shoulder and screwed up my left knee worse than it already was. Because my right shoulder was never fixed I suffer from involuntary shakes in my whole right arm, my right hand is so weak I can barely use it and I'm predominantly right handed. I have carpal tunnel syndrom in both my hands. And since that car accident both my feet now have poor circulation and can't stay warm. I walk with a cane. I cant put weight on my left leg or my right shoulder. I cant even lift up my correspondance bin or my property box. I lay in bed most of the time which is unnatural for a human being to have to do. I told the Health Care Unit countess times how much pain I live in and They have done almost absolutely nothing to help ease my pain. They did prescribe 1000 mg of Naproxen a day, but I'm in so much pain that it doesn't even begin to cut through the pain I feel. That never eases up even while I sleep, so I suffer in pain so constantly that I am so tired of this Healthcare unit not doing anything or refusing to do anything for me. Also I have put out so many grievances about this matter and nothing has ever been done about this from all the grievances I put out on there. I never was issued a grievance number for the countless grievances I put out. And nothing was ever done by this place. So I write this 21st grievance regarding these matters and I take it higher up. Don't think for 1 second that I won't file a lawsuit because I will, end of story.

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 07/24/2023 | Date of Review: 08/08/2023 | Grievance #: 2023-6-158 |
| Individual in Custody Name: Micheal Attaway | | ID#: Y55493 |

**Nature of Grievance:**

11C / 19C Medication / Stolen Property
Attaway states the some property was stolen and an inhaler was part of that stolen property.

**Facts Reviewed:**

Per M. Gentles HCU Administrator - In response to the above grievance, I reviewed your medical file, and a new order was written on 7/5/23 for an Albuterol inhaler.

If at any time you feel like you are having a medical emergency, please let the security staff know and request to be taken to the Healthcare unit.

The rest of the stolen property was addressed in grievance # 2023-5-219.

**Recommendation:**

Upon a review of all available information it is recommended that this grievance be DENIED, the inhaler has been replaced and the rest of the stolen property has addressed in grievance # 2023-5-219.

| Zack Love CCII | Zack Love | Digitally signed by Zack Love Date: 2023.08.08 15:31:12 -05'00' |
|---|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature | |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: AUG 0 9 2023 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

| Chief Administrative Officer's Signature | AUG 0 9 2023 |
|---|---|
| | Date |

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Individual in Custody's Signature | ID# | Date |
|---|---|---|

Attaway v. IDOC (23-2091) IDOC Document No.:      000055

Assigned Grievance #/Institution: _____     Housing Unit: 3-C     Bed #: 23

2023-6-158

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**     11C/19C

Date: 6-16-23     Offender (please print): Micheal Attaway     ID #: Y55493     Race (optional): Caucasion

Present Facility: Shawnee Correctional Center     Facility where grievance issue occurred: Shawnee C.C.

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): HCU Refusal to replace rescue Inhaler
- [ ] Disciplinary Report

Date of report _____     Facility where issued _____

RECEIVED
SHAWNEE CORRECTIONAL CENTER
JUN 21 2023
GRIEVANCE LIAISON

RECEIVED
JUN 21 2023
Clinical Services

**Note:** Protective custody denials may be grieved immediately via the local administration on the protective custody status notification
Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to the designated
locked receptacle for grievance:

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer**, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved)

In previous grievances, I wrote about the fact that my rescue inhaler (albuterol Sulfate) was stolen when I went to the HCU on May 2, 2023 on crisis watch, then on May 5, 2023 I was handcuffed and taken to seg. When I got out of seg on May 10, 2023 I was going through my property and $209.07 worth of stuff was gone. My rescue inhaler was gone too. The HealthCare Unit has refused to replace it, they believe that I sold it or _____ Continued on reverse.

**Relief Requested:** $50,000 for pain and suffering, and a new rescue inhaler (albuterol Sulfate HFA)

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

[ ] Check if this is NOT an emergency grievance.

Michael Attaway
Offender's Signature     Y55493
ID#     6-16-23
Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: _____     [ ] Send directly to Grievance Office?

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____

Print Counselor's Name     Sign Counselor's Name     Date

**Note to offender:** If you disagree with the counselor's response, you have responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED
JUN 22 2023
SHAWNEE C.C.
WARDEN'S OFFICE

**EMERGENCY REVIEW:**     Date Received: JUN 22 2023

Is this determined to be of an emergency nature?
[x] Yes  expedite emergency grievance
[ ] No  an emergency is not substantiated  Offender should submit this grievance according to standard grievance procedure

DeSally X
Chief Administrative Officer's Signature     4/22/23
Date

Distribution: Master File; Offender     Page 1 of 2     DOC 0046 (Rev. 3+2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

gave it away, which is not the case. I have written multiple
requests about it and the Health Care Unit has either refused to
respond to it or they have told me "Oh we will just have to
see if Dr. David will write a new prescription for it, but I'm feeling
like right now that he won't" I need that inhaler. If I don't
get a new one, before I get too hot, you guys will end up
seeing me turn purple because I can't breathe. I
really don't want it to come to that because that will
be excruciatingly/agonizingly painful for me. The
heat produces pressure on my lungs and makes it feel
like an elephant is sitting on my chest. Yet the health care
unit never finds anything wrong because they never try
hard enough. My lungs are weak enough as it is. So
allow me to promise you this, the first time, I pass
out and turn purple because I don't have a rescue
inhaler, rest assured. I will be filing a lawsuit, because
this is my life we are talking about. And the lack
of having a rescue inhaler can mean life or death
for me. The Health Care Unit can say all they want
that there is nothing wrong with my respiratory system,
but the truth is if nothing was wrong with it, How come
I have had to be hospitalized when I was out in the
community, hundreds if not thousands of times in my
young life. The last hospital visit regarding respiratory
issues of mine occurred on or about May 15, 2022. They had
to bring in a respiratory therapist, and use a steroid
enhanced breathing treatment to open my lungs because
my lungs and throat closed up, to the point where I was
getting hardly any oxygen. And my $O^2$ levels or oxygen
levels were reading between 70 & 76% which is nowhere
near a healthy percentage, it should have been at least
twice that in the low 80's to 100% range. If I get like
that while I am here then I will be suing this place.
It's getting about to that point so if something isn't done
I may just sue, because of the refusal to re-issue
my rescue inhaler. That is not a threat it is a promise.

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 08/14/2023 | Date of Review: 08/14/2023 | Grievance #: 2023-8-53 |
| Individual in Custody Name: Micheal Attaway | | ID#: Y55493 |

**Nature of Grievance:**

11E / 7B Treatment / Staff Conduct
Attaway states that he saw the NP for shoulder pain and Attaway didn't like the NP's response and that Attaway thinks that he needs an MRI.

**Facts Reviewed:**

Per M. Gentles HCU Administrator - Regarding your right shoulder the NP educated you on strengthening/stretching exercises to help with pain since your x-ray was normal and also prescribed you something for pain. If these exercises are not helping, then make an appointment to follow up with her or the physician and see what they recommend the next step to be.

If at any time you feel like you are having a medical emergency, please let the security staff know and request to be taken to the Healthcare unit.

**Recommendation:**

Upon a review of all available information it is recommended that this grievance be MIXED ACTION, Attaway has been afforded medical treatment for his shoulder but was told to request for follow up.

| Zack Love CCII | Zack Love | Digitally signed by Zack Love Date: 2023.08.14 15:15:26 -05'00' |
|---|---|---|
| Print Grievance Officer's Name | | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 8/21/23 | ☑ I concur | ☐ I do not concur | ☐ Remand |
| Action Taken: | | | |

| | |
|---|---|
| Chief Administrative Officer's Signature | 8/21/23 — Date |

| Individual in Custody's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Individual in Custody's Signature | ID# | Date |
|---|---|---|

Attaway v. IDOC (23-2091) IDOC Document No.:     000058

Assigned Grievance #/Institution: _____     Housing Unit: 3 - (     Bed # 23

1st Lvl rec: 2023 - 8 - 53

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

11E / 7B

Date: 6-29-23     Offender (please print): Micheal Attaway     ID #: Y55493     Race (optional): White

Present Facility: Shawnee C.C.     Facility where grievance/issue occurred: Shawnee C.C.

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary

RECEIVED
SHAWNEE CORRECTIONAL CENTER
AUG 14 2023
GRIEVANCE OFFICE

RECEIVED
AUG 2023
Clinical Services

Date of report: _____     Facility where issued: _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle located in each grievance.

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today I went to see the mixed (afrian American) nurse practitioner in the health care unit about my shoulder, as in my right shoulder, she ordered x-rays of that showed that the joint / ball and socket were within normal range, she had the nerve to tell me to do shoulder strengthening exercises that I can't do. I've been trying to get my strength back in my shoulder since the car accident. I was in before I got

[ ] Continued on reverse

**Relief Requested:**

I want my shoulder to be checked out by a doctor outside this facility, and $500,000 for pain and Suffering. I want the Nurse Practitioner & the Health care unit to be held accountable for violating my rights and for Deliberate Indifference. I want the HCU to do more than the bare minimal

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

Offender's Signature _____     ID# Y55493     Date 6-29-23

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**     Date Received: 8/7/23     [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per Gentles HUA, you have been referred to an ortho for your left knee. The NP educated you on strengthening exercises for your right shoulder and perscribed something for pain. If these exercises are not helping, contact HCU.

Print Counselor's Name: Huseman     Sign Counselor's Name: _____     Date: 8/9/23

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

EMERGENCY REVIEW:     Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes: expedite emergency grievance
- [ ] No: an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

RECEIVED
JUL 10 2023
ADMINISTRATIVE
REVIEW BOARD

Chief Administrative Officer's Signature: _____     Date: _____

Distribution: Master File; Offender     Page 1 of 2     DOC 0046 (Rev 3/2005)

Attaway v. IDOC (23-2091) IDOC Document No.:     000059



ILLINOIS DEPARTMENT OF CORRECTION
Offender's Grievance

Medical deliberate Indifference is a violation of the 8th Amendment United States Constitutional Amendment in regards to cruel and usual punishment. And it is a violation of the 14 United tates Constitutional amendment in regards to Due Process

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 08/25/2023 | Date of Review: 08/25/2023 | Grievance #: 2023-8-248 |

Individual in Custody Name: Micheal Attaway                                    ID#: Y55493

Nature of Grievance:

11E / 7B Medical Treatment / Staff Conduct
Attaway states that from a PREA incident they have put in multiple requests to the HCU for their hip but nothing has been done about it.

---

Facts Reviewed:

Per M. Gentles - In response to the above grievance, I reviewed your medical file, and you were in the HCU on 8/9/23 at 7:27 for a PREA related medical assessment. Your medical file notes that you state you were attacked on 5/27/23, since then you have had x-rays and have been outside of the HCU to an orthopedic and have also received physical therapy.
On 8/21/23, it is documented in your medical file that you were laying in the floor stating you could not use your legs, the nurse assessed you and notified the MD. You then got up and walked back to the unit without your cane.
If at any time you feel like you are having a medical emergency, please let the security staff know and request to be taken to the Healthcare unit.

Per Lt. Banks I/A - The PREA allegation is still an ongoing investigation. Attaway was referred to Health Care and Mental Health following the interview.

---

Recommendation:

Upon a review of all available information it is recommended that this grievance be MIXED ACTION, Attaway has been afforded medical care but this is an ongoing investigation and health issue.

| Zack Love CCII | Zack Love | Digitally signed by Zack Love Date: 2023.08.25 15:33:24 -05'00' |
|---|---|---|
| Print Grievance Officer's Name | | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

---

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 8/28/23 | ☑ I concur | ☐ I do not concur | ☐ Remand |

Action Taken:

| Sally H | 8/28/23 |
|---|---|
| Chief Administrative Officer's Signature | Date |

---

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Individual in Custody's Signature | ID# | Date |

Attaway v. IDOC (23-2091) IDOC Document No.:      000061

Assigned Grievance #/Institution: _____                    Housing Unit: _S-C_   Bed #: _C_

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2023-8-248                                                            11E/7B    2nd Level Rev:

| Date: 8-22-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): |

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] HIPAA
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit
- [x] Other (specify): Refused to provide Proper Medical treatment

Date of report _____  Facility where issued _____

RECEIVED
AUG 23 2023
Clinical Services

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to:
locked receptacle located in each area for the designated
  Grievance Officer, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
  Chief Administrative Officer, only if EMERGENCY grievance
  Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
  issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED
SHAWNEE CORRECTIONAL CENTER

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Ever since May 27, 2023 I have been having issues with my left hip ever since I was brutally attacked and raped by inmate William Isaiah Shanholtzer. The HCU has refused to do anything about it. I'm almost 100% certain that my left hip is not fully in its socket. But even though I have put in requests to be seen about it but to date nothing has been done. I'm in a tremendous amount [x] Continued on reverse

**Relief Requested:**
$500,000 for pain and suffering
I want to be properly treated for the injuries I sustained on May 27, 2023 including X-rays, MRI's, Ct scans and if needed surgeries.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_signature_                    Y55493                8-22-23
Offender's Signature            ID#                    Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____
_____
_____

_____          _____          _____
Print Counselor's Name      Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED
AUG 24 2023
SHAWNEE C.C.
WARDEN'S OFFICE

**EMERGENCY REVIEW:**   Date Received: AUG 24 2023

Is this determined to be of an emergency nature?
[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_signature_                                        AUG 24 2023
Chief Administrative Officer's Signature              Date

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTION
Offender's Grievance

3-1      23

of pain it is getting harder for me to walk. Regardless of what the security cameras show I'm barely walking. When I have to walk, I walk with a bad limp and I am tired of my left leg giving out on me to the point where I end up colapsing and the L.p.'s have to come call a code 3 and pick me up off the floor. Every time that has happened all the Nurses in the Health Care Unit do is take my vitals and send me on my way 90% of the time they don't bother to call Dr. David. They claim to call Dr. David but in all actuality they don't. They just act like they do. When they refuse to find out why my hip hurts so badly, they violate my 8th amendment US. Constitutional right because for them to basically force me to continue to suffer in pain like I am it is without a shadow of a doubt cruel and unusual punishment. It is also a violation of the 9th amendment because it is a right not a privilege to recieve adequate medical care. In addition it is a violation of the 14th amendment because they are violating my right to Due process of medical care and there is no doubt of these rights violations. This is also considered to be medical malpractice; medical negligence; deliberate indifference. And just because the HCU address the minor issues and not the major issues doesn't matter. by literally refusing to do any thing for me, tell my me that I am wasting their time is a clear violation of my rights. I'm in so much pain that I have decided to go on a water only diet from now on because it is becoming even more difficult to walk for me. And I can't use crutches due to the fact that something is internally wrong with my right shoulder. What needs to happen is most likely surgery in my right shoulder. After MRI's + ct scan are done with my left hip it needs to be x-rayed. While the HCU Administrator says that if I'm having a medical emergency to tell the security staff, I've tried that option the nurses on staff refuse to go beyond just taking my vitals. My blood pressure was 160/88 that is high for me as a normal average blood pressure for me is 120/80. I can't keep dealing with the pain I feel let alone the blatant refusal to treat what needs to be treated in my body

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 10/16/2023 | Date of Review: 10/17/2023 | Grievance #: 2023-10-82 |
| Individual in Custody Name: Micheal Attaway | | ID#: Y55493 |

**Nature of Grievance:**

11F Medical Treatment
Attaway states that they have medical issues not being treated for.

**Facts Reviewed:**

Per M. Gentles - In response to the above grievance, I reviewed your medical file, and you were seen by Dr David on 10/9/23 and he placed an order for you to have a helper, security will have to find someone that is appropriate and willing to work as your helper once you get out of seg.

You have a follow up appointment with ortho scheduled to be seen about your hip also.

If at any time you feel like you are having a medical emergency, please let the security staff know and request to be taken to the Healthcare unit.

**Recommendation:**

Upon a review of all available information it is recommended that this grievance be MIXED ACTION, Attaway has been afforded medical care but has ongoing issues.

Zack Love CCII

Print Grievance Officer's Name

Zack Love
Digitally signed by Zack Love
Date: 2023.10.17 08:39:55 -05'00'

Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: OCT 2 4 2023 | ☑ I concur   ☐ I do not concur | ☐ Remand |

Action Taken:

Chief Administrative Officer's Signature

OCT 2 4 2023
Date

**Individual in Custody's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature          ID#          Date

Attaway v. IDOC (23-2091) IDOC Document No.:          000064

Assigned Grievance #/institution _____   Housing Unit: 5-C   Bed #: 23

2023-10-82

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**   11F

| Date: 10-8-23 | Offender (please print): Micheal Attaway. | ID #: Y55493 | Race (optional): White |
|---|---|---|---|

Present Facility: Shawnee C.C.  |  Facility where grievance issue occurred: Shawnee C.C.

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

RECEIVED
SHAWNEE CORRECTIONAL CENTER
OCT 1 6 2023
GRIEVANCE-LIAISON

Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody notification.

RECEIVED
OCT 11 2023

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked _____.

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved)

My hip has gotten so bad that I'm not going to be able to walk to the dining hall to eat. And it don't do me any good to send a request to the Health Care Unit because they refuse to do anything for the hip as it is. So until my hip is properly dealt with, I will be remaining on the wing. Which means that I will go hungry. I know I have an orthopedic doctor's appointment on November 13, 2023. The orthopedic doctor had X-rays done on I believe Monday October 6, 2023.

[x] Continued on reverse

**Relief Requested:**

° I need my left hip fixed even if it means an outside visit to the hospital
° I need stronger pain killers then 375 mg tablets of Tylenol
° I want $100,000 for pain and suffering / Punitive damages
° I want $5,000 in compensatory damages

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

[ ] Check if this is NOT an emergency grievance.

| Micheal Attaway | Y55493 | 10-8-23 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name    RECEIVED    Sign Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

OCT 1 2 2023

**EMERGENCY REVIEW:**   Date Received _____

SHAWNEE C.C.
WARDEN'S OFFICE

Is this determined to be of an emergency nature?
[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature    OCT 1 2 2023

Date

Distribution: Master File, Offender    Page 1 of 2    DOC 0046 (Rev. 3/2005)

Attaway v. IDOC (23-2091) IDOC Document No.:    000065

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

On Tuesday October 3, 2023. I'm not trying to have a medical emergency code 3 called on me. Any call passes that may be issued I won't be able to attend. I'm in too much pain. The Health Care Unit has been refusing to treat my hip ever since I was brutally attacked and raped on 5-27-23. 4.5 months I have been dealing with their deliberate indifference in regards to my hip this whole time. Due to the refusal to act. I can't hardly walk on the hip anymore. So I will remain on my wing until my hip is taken care of. If that means being taken to seg for failing to honor call passes, then so be it. It doesn't matter to me anymore. All I care about is receiving the proper medical treatment I need so that I'm no longer in pain and so I can walk better. I'm pretty sure that without eating I won't be able to last until I have that scheduled orthopedic appointment on 11-13-23. That's 36 days from now to day.

Attaway v. IDOC (23-2091) IDOC Document No.:     000066

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | | |
|---|---|---|---|
| **Date Received:** 10/16/2023 | **Date of Review:** 10/16/2023 | | **Grievance #:** 2023-10-117 |
| **Individual in Custody Name:** Micheal Attaway | | | **ID#:** Y55493 |

**Nature of Grievance:**

22 / 7B Other / Staff Conduct
Attaway states that their PREA investigation wasn't taken serious.

**Facts Reviewed:**

Per Lt. Banks - This memorandum is in response to a grievance (2023-10-117) completed by MICHAEL N. ATTAWAY, Y-55493 on 10/6/2023, in which ATTAWAY alleged his PREA Report was unsubstantiated.

ATTAWAY reported allegations of sexual abuse to Internal Affairs. ATTAWAY was assessed by Health Care and Mental Health. Internal Affairs investigated the incident (2023 SHA 5080) and found the allegations to be unsubstantiated. ATTAWAY also reported the alleged incident to Illinois State Police, as well as other outside entities. Attached is the letter ATTAWAY received from Illinois State Police. This letter was delivered to ATTAWAY on 10/13/2023.

**Recommendation:**

Upon a review of all available information it is recommended that this grievance be DENIED, Attaway's claims were found unsubstantiated.

| Zack Love CCII | Zack Love | Digitally signed by Zack Love Date: 2023.10.16 15:21:21 -05'00' |
|---|---|---|
| Print Grievance Officer's Name | | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| **Date Received:** OCT 2 4 2023 | ☒ I concur | ☐ I do not concur | ☐ Remand |
| **Action Taken:** | | | |

Chief Administrative Officer's Signature                    OCT 2 4 2023
                                                                        Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Individual in Custody's Signature | ID# | Date |
|---|---|---|

Attaway v. IDOC (23-2091) IDOC Document No.:      000067

Assigned Grievance #/Institution:                                               Housing Unit: 3-C   Bed #: 23

2023-10-117          ILLINOIS DEPARTMENT OF CORRECTIONS          22/7B
                              Offender's Grievance

| Date: 10-6-2023 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): White |

Present Facility: Shawnee Correctional Center    Facility where grievance issue occurred: Shawnee Correctional Center

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): PREA report finding being Unsubstantiated
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved)

In accordance to 20 Ill. Adm. Code 504 and Administrative Directives 04.01.114 and 04.01.115, on 8-10-2023 Internal Affairs took my statement regarding the fact that I was the victim of a brutal attack and rape. On 9-20-2023 Warden Darren Galloway wrote up a memorandum ~~(note)~~ which states that the findings are that the Allegations are unsubstantiated. I dont know what that means, but Im assuming that its not

☑ Continued

Relief Requested: • I want this incident to go before a jury trial.
• I want justice to the full extent of the law. And I want to have all the rights of a crime victim including the right to restitution in the amount of $500,000,000
• I want my injuries looked at, treated and fixed so I can Kiss the case good bye hopefully for good and so Im not in pain in any other areas of my body

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Micheal Attaway | Y55493 | 10-6-23 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name                    Sign Counselor's Name                    Date

Note to offender: If you disagree with the counselor's response, you may file an emergency ability to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: OCT 13 2023

Is this determined to be of an emergency nature?
[x] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature                    Date   OCT 13 2023

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. J-1-2020)

RECEIVED
AT CORRECTIONAL CENTER
OCT 11 2023
Clinical Services

RECEIVED
OCT 13 2023
SHAWNEE C.C.
WARDEN'S OFFICE

3-C     23

DEPARTMENT OF CORRECTION
Offender's Grievance

the response that says that anything actually took place I feel like this prison is trying to sweep the incident under the rug as if it never happened. I want Justice. And I'm not gonna stop letting people know outside of these prison walls until I get the justice I deserve according to the law. That being said, the memorandum states "Any counseling or supported services, such as psychological services; Chaplaincy services; correctional counselors; group therapy, etc will continue to be offered." I have not been offered group therapy; I don't see a counselor enough, nor do I see the psychological services enough. You guys can try to sweep the rape incident under the rug all you want, but the truth is out there and the truth is on my side. And the truth is I was brutally attacked and raped. So what if you guys don't believe me. God knows the truth and I know the truth. And the truth is exposing the deepest recesses of the darkness that surrounds this prison as we speak. Just know, you wont be able to keep the incident a secret. The truth is about to spread from this place like an unquenchable unstoppable wildfire. The damages have been done. The lawsuits have been filed. Sooner or later Justice will be served to the full extent of the law. And maybe then I can have some peace of mind, knowing that the perpetrator will finally be held accountable to the full extent of the law. I'm working on getting an Illinois State Police Report Made. You guys have been trying to stop me but the word is already out there and it's about to make national news and possibly National Television. I understand that the allegations were not unfounded. If they were then I'd probably be in seg by now. Also the only reason why there isnt evidence to prove it happened is because the officers I had initially told refused to call over to the Health Care Unit to have a rape Kit done. Had they done that all this would have been over before it started. I still haven't recieved any medical treatment for the injuries that I sustained when I was brutally attacked and raped on 5-27-23 which was 4 months and 9 days ago, almost 4.5 months ago. I want this incident to go before a jury trial. That is how serious I am about getting justice. I am willing to go and testify in front of a jury trial to get justice. And I am willing to do so in as many courts as it takes to get justice. Trial court; District court you name it I am willing to testify against inmate William Isaiah Shanholtzer to get Justice for what he did to me on what was supposed to be the best day of the year for me (my birthday) he made it where it was the absolute worst day of the year. He used me like I was his woman. I am not a woman. I'm a grown man who does not deserve to be raped period. It is considered by law cruel and unusual punishment a violation of my 8th Amendment U.S. Constitutional Right.

Attaway v. IDOC (23-2091) IDOC Document No.:        000069