# EXHIBIT E

Y55493  ATTAWAY, MICHEAL

IGRV Inmate History

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| MEDICAL | | SHA | SHA | TRBA | G | GRV# 2023-8-53 & GRV DTD 6/29/23 GRVS NURSE ON 6/29/23 TOLD ATTAWAY TO DO S |
| STAFF CONDUC1 | 10/17/2023 | SHA | SHA | RYNO | G | RGF: GRV DTD 9/29/23. GRVS DENIED MEDICAL TREATMENT BY MEDICAL STAFF FOF |
| MEDICAL | 07/12/2023 | SHA | SHA | TRBA | G | RGF: GRV DTD 6/29/23 GRVS TO HAVE SHOULDER CHECKED BY OUTSIDE DR AFTER |
| STAFF CONDUC1 | 06/12/2023 | SHA | SHA | DEKN | G | E-GRV #2023-02-186E GRV DTD 2/24/23 ALLEGES ROUGH HANDLING BY CO DESCRIBI |
| MEDICAL | 05/10/2023 | SHA | SHA | TRBA | G | RGF: GRV DTD 4/22/23 ALLEGES MEDICAL NEGLIGENCE BY HCU; ALLEGES NO RESP |

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 08/14/2023 | Date of Review: 08/14/2023 | Grievance #: 2023-8-53 |
| Individual in Custody Name: Micheal Attaway | | ID#: Y55493 |

**Nature of Grievance:**

11E / 7B Treatment / Staff Conduct
Attaway states that he saw the NP for shoulder pain and Attaway didn't like the NP's response and that Attaway thinks that he needs an MRI.

**Facts Reviewed:**

Per M. Gentles HCU Administrator - Regarding your right shoulder the NP educated you on strengthening/stretching exercises to help with pain since your x-ray was normal and also prescribed you something for pain. If these exercises are not helping, then make an appointment to follow up with her or the physician and see what they recommend the next step to be.

If at any time you feel like you are having a medical emergency, please let the security staff know and request to be taken to the Healthcare unit.

**RECEIVED**

**AUG 2 8 2023**

**ADMINISTRATIVE REVIEW BOARD**

**Recommendation:**

Upon a review of all available information it is recommended that this grievance be MIXED ACTION, Attaway has been afforded medical treatment for his shoulder but was told to request for follow up.

Zack Love CCII                    *Zack Love*          Digitally signed by Zack Love
_____                          Date: 2023.08.14 15:15:26 -05'00'
Print Grievance Officer's Name              Grievance Officer's Signature

**(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 8/21/23 | ☑ I concur ☐ I do not concur ☐ Remand | |

**Action Taken:**


_____                          8/21/23
Chief Administrative Officer's Signature                        Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)


_____              Y55493     8-23-23
Individual in Custody's Signature              ID#        Date

Distribution:   Master File; Individual in Custody          Page 1                DOC 0047 (Rev. 9/2022)
                                        *Printed on Recycled Paper*

Assigned Grievance #/Institution: _____   Housing Unit 3-C   Bed #: 23

2023-8-53   **ILLINOIS DEPARTMENT OF CORRECTIONS**   11E/7B
**Offender's Grievance**

Date: 6-29-23   Offender (please print): Micheal Attaway   ID #: 455493   Race (optional): White

Present Facility: Shawnee C.C.   Facility where grievance issue occurred: Shawnee C.C.

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary

RECEIVED
SHAWNEE CORRECTIONAL CENTER
AUG 14 2023
GRIEVANCE LIAISON

RECEIVED
AUG 04 2023
Clinical Services

Date of report _____   Facility where issued

Note: Protective custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to:

Locked records grievance:
- **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
- **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor
- **Chief Administrative Officer**, only if EMERGENCY grievance
- **Mail to Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today I went to see the mixed (african American) Nurse Practitioner in the health care unit about my shoulder, she ordered x-rays of that shoulder as in my right shoulder, she said were within normal range. She has the joint/ball and socket were within normal range. She has the nerve to tell me to do shoulder strengthening exercises, that I can't do. I've been trying to get my strength back in my shoulder since the car accident I was in before I got

[x] Continued on reverse

**Relief Requested:**

I want my shoulder to be checked out by a doctor outside this facility, and $500,000 for pain and suffering. I want the Nurse Practitioner of the Health care Unit to be held accountable for violating my rights and for Deliberate Indifference I want the HCU to do more than the bare minimal

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

Micheal Attaway (signature)   ID# 455493   Date 6-29-23
Offender's Signature

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 8/7/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Per Gentles HUA, you have been reffered to an ortho for your left knee. The NP educated you on strengthening exercises for your right shoulder and prescribed something for pain. If these exercises are not helping, contact HCU.

Note: The NP did prescribe pain medication but failed to inform me of strengthening exercises N/A

8/9/23

Haveman   (Sign Counselor's Name)   8/9/23
Print Counselor's Name   Sign Counselor's Name   Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED   RECEIVED
AUG 28 2023   JUL 10 2023
ADMINISTRATIVE   ADMINISTRATIVE
REVIEW BOARD   REVIEW BOARD

**EMERGENCY REVIEW**   Date Received _____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 3/2005)

Attaway v. IDOC (23-2091) IDOC Document No.:   000072

signed Grievance #/Instruction _____      Housing Unit  3 - C   Bed #  23

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

Locked up. My shoulder needs an MRI to be done and a CT-Scan. So far multiple hospitals refused to do anything for it. The Crawford County Jail refused to do anything for it. And now the Healthcare Unit is refusing to do any more than the bare minimal, they would rather acknowledge the little I find out that involve minor things. They didn't even want to do anything about my knee until if gave out on me. The fact that the Nurse Practitioner keeps telling me "do shoulder strengthening exercises, before we can do anything else" he has told me that 4 times already, which basically tells me that she won't do anything about it. That is a violation of my 8th & 14th amendment U.S. constitutional rights, and by law it is considered "Deliberate Indifference." I can't keep sitting here dealing with this Health Care it's refused to do anything other than the bare minimal while I am sitting here suffering and in pain, where I can't lift more than 7 pounds with my right arm, it's showing signs of nerve damage and is tremendously weak. Medical Deliberate Indifference is a violation of the 8th Amendment United States Constitutional Amendment in regards to cruel and usual punishment. And it is a violation of the 14 United States Constitutional amendment in regards to Due Process

Attaway v. IDOC (23-2091) IDOC Document No.:      000073

**RECEIVED**

AUG 2 8 2023

8-24-23

ADMINISTRATIVE
REVIEW BOARD

Written Statement of Micheal
Attaway ID#455493.

While its true that the Nurse Practitioner
prescribed pain meds for my right shoulder
it is an outright lie that she prescribed
strengthening exercises. She did no such
thing. As for putting in for a follow up
appointment, the HCU takes at least
3 weeks to respond to or acknowledge
my request. And it does me no good to
tell the security staff anything in regards
to medical issues because when I do,
they do their part, they call the nurse,
but the nurse refuse to do anything
because they think I'm faking it.
There is no faking the pain I feel.
They only choose to believe I'm faking
it because none of them are willing to
take the time to find out exactly
what the cause of my pain is. They think
they can determine their "proper" diagnosis
by doing vitials (taking blood pressure;
checking oxygen levels; and heart rate)
and then send people like me on their
way. Well that's not how proper medical
treatment works. By going that route
they violate the 8th; 9th; and 14th amendments
of the United States Constitution. They commit
medical malpractice; medical negligence; and
deliberate indifference.
Signed: _____

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Individual in
Custody Name: <u>Attaway</u>      <u>Michael</u>      <u>Y55493</u>
           Last Name           First Name     MI    ID#

Facility: <u>SHA</u>

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: <u>9/29/23</u>    or ☐ Correspondence: Dated: _____

Received: <u>10/10/2023</u>    Regarding: <u>Staff Conduct: Denied medical treatment by medical staff for back/hip issues and Security staff</u>
<u>misconduct.</u>
     Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

---

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                 Date

☐ No justification provided for additional consideration.

---

**Other** (specify): <u>Does not follow DR 504.840. Needs a CAO response due to being marked emergency.</u>

---

Completed by: <u>Ryan Nothnagle</u>      _[signature]_      <u>10/17/2023</u>
         Print Name                        Signature             Date

Distribution: Individual in Custody
             Administrative Review Board        *Printed on Recycled Paper*         DOC 0070 (Rev. 9/2023)

Assigned Grievance #:Institution:                                                    Housing Unit: 3-C   Bed #: 23

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

| Date: 9-29-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): White |

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |

Nature of grievance:

- [ ] Personal Property
- [x] Mail Handling
- [x] Medical Treatment
- [x] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [ ] Disciplinary Report

Date of report _____     Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 5-29-23 when I was brutally attacked and raped by inmate William Isaiah Shanbetzer, my left hip was dislocated and my lower back screw cell up and more other injuries. Since that date I have put at least 35 requests into the Health Care Unit to be seen and treated for those injuries. But the health care unit refused to treat said injuries, choosing instead to believe that I'm faking [x] Continued on reverse

Relief Requested:

(1). X-Rays for my left hip; & lower back and if needed an MRI or CT scan to ensure there is no spinal cord damage. (2). For a medical professional to pop my hip back in place after x-rays are done (3). a back brace for my lower back (4). I want swift justice to the fullest of the law

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Check if this is NOT an emergency grievance.

| Micheal Attaway | Y55493 | 9-29-23 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

Counselor's Response (if applicable)     Date Received: _____     [ ] Send directly to Grievance Officer

Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

Print Counselor's Name     Sign Counselor's Name     Date

RECEIVED

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's

EMERGENCY REVIEW:     Date Received: _____

OCT 10 2023

ADMINISTRATIVE REVIEW BOARD

This determined to be of an emergency nature:
[ ] Yes, expedite emergency grievance.
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____     _____
Chief Administrative Officer's Signature     Date

Page 1 of 2     DOC 0046 (Rev. 3/2005)

Distribution: Master File; Offender

Assigned Grievance #/Institution: _____    Housing Unit: 5 - C   Bed #: 23

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Level

the injuries. X-Rays of my left hip will prove I'm not faking the injuries. The fact of the matter is I am in a tremendous amount of pain that won't go away until my injuries are properly fixed. On August 9, 2023 roughly I was called over to the Internal Affairs office where the made the initial PREA Report but to my knowledge that report went no further. Also there is a tape recording of my verbal statement. I have filed similar grievances here in this prison but they have gone unacknowledged to this day. I sent out 52 letters regarding the PREA incident where I was brutally attacked and raped but I don't believe they ever left the mail room because I never got any responses to them. Lt. Beals; Lt. Sullivan; Lt. Hicks; & Sgt Ritter have been treating me with the utmost disrespect ever since I made the PREA report. They have cursed me out and threatened to kill me on numerous occasions and quite frankly I am tired of it. I have done nothing to them other than be nice & polite to them. I'm surprised that inmate William Isaiah Shankitzer hasn't been brought up on new charges yet for aggravated battery and criminal sexual assault on a disabled person. Because I am a disabled person, he caused me to be more disabled. All my requests to the health care unit requesting medical treatment have gone unacknowledged and all my requests for an ADA assistant have gone unacknowledged. All my requests for emotional support and rape crisis services through this prison have gone unacknowledged. I'm not suicidal but I am beginning to have suicidal thoughts not only from the fact that I was brutally attacked and raped but also because this prison refuses to do anything to help me. I desperately need my injured body parts fixed. I'm in too much pain for this prison to be playing games with me on this. According to Statue 725 ILCS 120/4 as the crime victim in this case I have ① the right to be treated with fairness and respect for my dignity and privacy and to be free from harrassment, intimidation, and abuse throughout the criminal justice process. (1.5) the right to notice and to a hearing before a court ruling on a request for access to any of the victim's records, information, or communications which are privileged or confidential by law ② The right to timely notification of all court proceedings ③ The right to communicate with the Prosecutor ④ The right to be heard at any post arraignment court proceeding in which a right of the victim is at issue and any court proceeding involving a post-arraignment release decision, plea or sentencing ⑤ The right to be notified of the conviction, the sentence, the imprisonment and the release of the accused ⑥ The right to the timely disposition of the case following the arrest of the accused. ⑦ The right to be reasonably protected from the accused through the criminal justice process. ⑧ The right

Distribution: Master File; Offender          Page 2 of 2          DOC 0046 (Rev. 01/2022)

Attaway v. IDOC (23-2091) IDOC Document No.:     000077

Assigned Grievance #/Institution: _____     Housing Unit: 3-C     Bed #: 23

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 9-29-23 | Offender (please print): Michael Attaway | ID #: Y55493 | Race: (optional): |

Present Facility: Shawnee C.C.     Facility where grievance issue occurred: Shawnee C.C.

**Nature of grievance:**

- [ ] Personal Property
- [x] Mail Handling
- [x] Medical Treatment
- [x] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary Report

Date of report: _____     Facility where issued: _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

to have the safety of the victim and the victim's family considered in determining whether to release the defendant and setting conditions of release after arrest and conviction. ⑧ The right to be present at all other court proceedings on the same basis as the accused, unless the victim is to testify and the court determines that the victim's testimony would be at materially affected if the victim hears other testimony. ☒ Continued on reverse

Relief Requested: $150,000,000 as a settlement for the pain and suffering I have had to endure from being brutally attacked and raped ⑥ My parole time to be cancelled so when I get out I'm officially a free man ⑦ My immediate release from the custody of IDOC ⑧ William Isaiah Shephatter to be held accountable to the full extent of the law

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

Offender's Signature: Michael Attaway     ID #: Y55493     Date: 9-28-23

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**     Date Received: _____     [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____
_____
_____

Print Counselor's Name: _____     Sign Counselor's Name: _____     Date: _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

**EMERGENCY REVIEW**     Date Received: _____

Is this determined to be of an emergency nature?
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

RECEIVED
OCT 10 2023
ADMINISTRATIVE
REVIEW BOARD

Chief Administrative Officer's Signature: _____     Date: _____

Attaway v. IDOC (23-2091) IDOC Document No.:     000078

Assigned Grievance #/Institution _____     Housing Unit: **3~C**   Bed #: **22**

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

the trial (I) The right to have present at all court proceedings including proceedings under the Juvenile Court Act of 1987, subject to the rules of evidence, an advocate and other support person of the victim's choice. (J) The right to restitution (K) Any law enforcement agency that investigates an offense committed in this state shall provide a crime victim with a written statement and explanation of the rights of crime victims under this amendatory Act of the 99th General Assembly within 48 hours of law enforcements initial contact with victim (this never happened) The statement shall include information about crime victim compensation, including how to contact the office of the Attorney General, to file a claim and appropriate referrals to local and state programs that provide victim services.

In light of all these rights I need a copy of the PREA report that was done on or around 8-9-23, I requested one but never got one. I wrote numerous letters to the IDOC PREA coordinator and the Acting Director Latoya Hughes and never got a single response. My rights are being violated left & right and nothing is being done about it.

| | |
|---|---|
| Nurse Practitioner Alex Brown | |
| Nurse Practitioner A-Sharp | all refused me medical |
| Dr. David | treatment that would otherwise |
| HCU Admin Gentles | assist in fixing my painfully injured body parts |

Lt. Horn (Intel)
M. Hill (Mail Room Supervisor)
CO Harmon (Intel)
Lt. Brian Banks (IA)
Lt. Sullivan
Lt Beard
Lt. Hicke
Sgt. Ritte
Lt. Dean
Ms. Sandusky (mental Health Counselor)
Allison? (mental Health person)
Warden Darren Galloway
Warden Walker
Latoya Hughes (acting IDOC Director)
Mr./Ms. Nottingham (IDOC PREA Coordinator)
Brian Walters/waters (Unit 3 Counselor)
Lt. Penn (IA/Intel)
CO Zach Moore (IA)
Zach Love (counselor)

All these IDOC & Wexford Health Employees were informed in some way shape or form either by my written statements or gossip from other employees about the brutal attack and rape that was committed on me on 5-27-2023 and they

distribution: Master File; Offender

DOC 0046 (Rev. 01/2024)

Attaway v. IDOC (23-2091) IDOC Document No.:   000079

Assigned Grievance #/Institution: _____   Housing Unit: _5 ~ C_   Bed #: _23_

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: | Offender (please print): | ID #: | Race (optional): |
|---|---|---|---|

| Present Facility: | Facility where grievance issue occurred: |
|---|---|

**Nature of grievance:**

| ☐ Personal Property | ☑ Mail Handling | ☑ Medical Treatment | ☑ ADA Disability Accommodation |
|---|---|---|---|
| ☑ Staff Conduct | ☐ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☐ Other (specify): _____ | | |
| ☐ Disciplinary Report | | | |

_____ Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

have chosen to do little to nothing about it. Lt. Dean could
have prevented the aggravated assault and aggravated sexual
assault from taking place to begin with had he actually taken
me seriously when I initially told him of the sexual harassment
that inmate Shanhotzer was doing, but he chose to disregard
what I told him and refuse to do anything about it Lt.
Beals; Lt. Sullivan; Lt. Hicks; & Sgt. Ritter have chosen to

☑ Continued on reverse

**Relief Requested:**

_____
_____
_____
_____

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Michael Attaway_                 Y55493              9-29-23
Offender's Signature                  ID#                  Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

_____ Print Counselor's Name   _____ Sign Counselor's Name   _____ Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response

**RECEIVED**
**OCT 1 0 2023**
**ADMINISTRATIVE REVIEW BOARD**

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature   _____ Date

Attaway v. IDOC (23-2091) IDOC Document No.:   000080

Assigned Grievance #/Institution: _____    Housing Unit: 3-C    Bed #: 23

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

2nd Lvl rec.

talk to me disrespectfully; curse me out; and threaten to kill me on numerous occasions since they found out about what I reported. Supposedly their goal is to beat me down verbally until I quote on quote fess up and tell the actual truth of what happened on 5-27-23. But the true facts of the matter is I am able William Isaiah shanholtzer brutally attacked and raped me by first further disabling me by dislocating both hips; my right shoulder and multiple discs in my lower back's which he did so by grabbing and yank ing as hard as he could which re-sprained my left knee which was already sprained to begin with. And he sprained my left ankle. Then he pulled my pants & my boxers down to my ankles and performed oral sex on me all the while I'm in excruciating pain from the joints he forcibly injured. Then apparently by performing oral sex on me he got so horny that he decided to flip me/roll me over onto my stomach and, it felt like he forcefully shoved his hard dick into my anus. He ended up cumming/ejaculating inside my anus but as he was doing so he was kissing my neck and whispering in my ear if you so much as make a noise or cry out for help or in pain I will snap your neck and kill you. Then he went down and kissed each of my vertebrae and then began tongue-fucking my anus which apparently aroused him again and so he decided to shove his rock hard dick back inside my anus and ejaculated a 2nd time. Then he got off of me got dressed and climbed up to his top bunk and passed out. I ended up popping my right hip & shoulder back in myself after I popped my lower back's 6 slipped discs back into place. I was unsuccessful with my left hip. Its only about half way in and I can't walk on it without a cane. I tried to inform the C.O. that was our wing officer that night and he didn't want to hear it, he chose to slam the door in my face and walk away, this was when I was in cell: 2-c-14. I sent a statement to the first shift wing officer on 5-28-23 (the very next morning) he got me moved to 3-c-23 on 5-29-23. But that's all he did. I called the phone # for Intel and left a voicemail which they failed to respond to. I then called the PREA hotline which they failed to respond to. I sent a letter to the IDOC PREA coordinator on 5-28-23 along with a letter to Ms. Sandecki in Mental Health; warden Galloway; IDOC Director, I filed a grievance on same date which all these actions went unacknowledged. I sent a letter to the Illinois State Police in Springfield Illinois on 5-30-23 which I never got a response from, which leads me to believe they never recieved it. I sent a letter to Governor J.B. Pritzker which I don't believe he ever got on June 1, 2023. Then on 6-2-23 I sent letter #2 to IDOC Acting Director Latoya Hughes (no response). On 6-9-2023 I sent letter #2 to Illinois State police in Springfield (no response). On 6-12-23 I sent letter #

Attaway v. IDOC (23-2091) IDOC Document No.:      000081

Assigned Grievance #/Institution: _____     Housing Unit: 3 - C    Bed #: 23

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

Date: 9-29-23   Offender (please print) Micheal Attaway   ID #: 455443   Race (optional): _____

Present Facility: Shawnee C.C.   Facility where grievance issue occurred: Shawnee C.C.

Nature of grievance:

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [✓] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [✓] Medical Treatment
- [ ] HIPAA
- [✓] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____     Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

3 to Illinois State Police Springfield il/ (no response). On 6-16-23 I filed another grievance which never got acknowledged. On 6-21-23 I sent letter # 2 to the IDOC PREA Coordinator (no response) On 6-21-23 I sent letter # 4 & # 5 to Illinois State Police Springfield, I (no response). On 6-26-23 I sent letter # 3 to IDOC Acting Director Latoya Hughes (no response). On 6-30-23 I sent letter # 6 to Illinois State Police (no response. On 7-4-2023 I [✗Continued on reverse]

Relief Requested:
_____
_____
_____
_____
_____

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Micheal Attaway   455443   9-29-23
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
_____
_____
_____
_____
_____
_____
_____

Print Counselor's Name   Sign Counselor's Name   Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:   Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

RECEIVED
OCT 10 2023
ADMINISTRATIVE
REVIEW BOARD

Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 3/2005)

| Assigned Grievance #/Institution: | | Housing Unit: | Bad #: |
|---|---|---|---|

**ILLINOIS DEPARTMENT OF CORRECTIONS**
Offender's Grievance

sent letter #2 to Governor (no response). On 7-8-23 I sent letter #7 to Illinois State Police Springfield, Il (No response) On 7-11-23 I sent letter #4 to IDOC Acting Director Latoya Hughes (no response). I filed a 3rd grievance on 7-15-23 (no response). I sent the first letter to Warden Galloway on 5-28-23 & a 2nd one on 7-16-23 (no response to either one). On 7-20-23 I sent letter #3 to the IDOC PREA Coordinator (no response). On 7-25-23 I sent letter #5 to Acting IDOC Director Latoya Hughes (no response). On 7-24-23 I sent a letter to Unit 3 counselor Brian Waters/Walters (not sure on the last name but no response). I sent a second letter to him on 7-29-23 (no response) On 7-29-23 I sent letter #7 to the IDOC PREA Coordinator (no response). On 7-31-23 I sent letter #6 to Acting Director Latoya Hughes (no response). On 8-1-23 I sent letter #5 to IDOC PREA Coordinator (no response). On 8-7-23 I sent letter #7 to Acting Director Latoya Hughes (no response). On 8-9-23 I was called over to Internal Affairs where they finally started the initial investigation and used a tape recorder to get a verbal statement out of me. On 8-12-23 I sent letter #9 to Illinois State Police Springfield, Il (No response). On 8-16-23 I sent letter #16 to Illinois State Police Springfield, Il (No response). On 8-18-23 I sent letter #3 to Governor (no response). On 8-22-23 I sent letter #8 to Acting Director Latoya Hughes (no response). On 8-23-23 I sent a letter to the John Howard Association (no response). On 8-25-23 I wrote to Unit 3 counselor for the 3rd time (no response). On 8-28-23 I sent letter #9 to Acting Director Latoya Hughes (no response). On 8-29-23 I sent a request to Internal Affairs requesting the status of the PREA Report (no response). On 8-31-23 I wrote to Warden Galloway about the same thing (no response). On 9-1-23 I sent letter #11 to Illinois State Police Springfield, Il (No response). On 9-3-23 I sent letter #10 to Acting Director Latoya Hughes (no response). On 9-8-23 I sent letter #12 to Illinois State Police (No response). On 9-10-23 I sent a 4th letter to Governor (no response) and a 5th letter on 9-13-23 (no response). On 9-19-23 I sent a letter to Illinois State Police Chicago, Illinois (no response yet). On 9-20-23 I sent letter #11 to the Acting Director Latoya Hughes (no response yet). I sent letter #2 to Illinois State Police Chicago, Il (no response). I sent out a letter on 9-23-23 to a Rape Crisis Service Center in Marion Illinois (no response yet). On 9-24-23 I sent an additional letter to Illinois State Police Chicago, Il (no response yet) it got returned to me on 9-29-23 by the mail room so I re-sent it out that same night. Out of all these letters I should have recieved numerous responses. But since I haven't it leads me to believe that none of the letters ever left this prison. I'm about to subpeona 20-50 of Shawnee Correctional centers employees to court in the East & South Illinois United States District Court. I have 4 separate lawsuits I filed in same court that are in the process of

Assigned Grievance #/Institution: _____

Housing Unit: 3 - C   Bed #: C5

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

| Date: 9-29-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): |
|---|---|---|---|

| Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C. |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [x] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ Date of report     _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

becoming one lawsuit as there are multiple aspects of the same incident. I am willing to drop all the lawsuits I have against IDOC(s) employees under one condition my demands are met for the relief requested on page 1 & 3 of this grievance. After I recieve what I have requested then I will promptly drop all my lawsuits against IDOC(s) employees. I dont care who you have to call [x] Continued on reverse

**Relief Requested:**

_____
_____
_____
_____
_____

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Michael Attaway_   Offender's Signature   ID# Y55493   Date 9-29-23

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

_____ Print Counselor's Name   _____ Sign Counselor's Name   _____ Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

RECEIVED
OCT 1 0 2023
ADMINISTRATIVE
REVIEW BOARD

_____ Chief Administrative Officer's Signature   _____ Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 4/2019)

Assigned Grievance #/Institution: _____                    Housing Unit: 3-C    Bed #: 23

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

to make it happen. Just please don't allow all these
injustices to continue to be committed against me. I
am sick and tired of being sick and tired of the infirmary.
I just want a chance for my body to properly heal
and I want justice and I want to go home so I can
have some peace of mind for once while being a
little wealthier for once in my life.

Page 2 of 2                                                    DOC 0046 (Rev. 01/2021)

Distribution: Master File; Offender

Attaway v. IDOC (23-2091) IDOC Document No.:     000085

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Attaway _____ Michael _____ ___ Y55493 _____
              Last Name               First Name           MI       ID#

**Facility:** Shawnee _____

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 6/29/2023 ___ or ☐ Correspondence: Dated: _____

Received: 7/10/2023 ___ Regarding: Medical - shoulder checked, treatment _____
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒   Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒   Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐   Provide dates when incidents occurred.

☐   Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐   Contact your correctional counselor or Field Services regarding this issue.

☐   Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐   Contact the Record Office with your request or to provide additional information.

☒   Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐   Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐   Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐   Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐   Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐   Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐   This office previously addressed this issue on _____
                                           Date

☐   No justification provided for additional consideration.

**Other** (specify): Grievance not in accordance with DR504F. _____
_____

Completed by: Travis Bayler _____ _[signature]_ _____ 7/12/2023 _____
              Print Name                             Signature                    Date

Distribution:   Offender
               Inmate Issues                         _Printed on Recycled Paper_                     DOC 0070 (Rev. 3/2018)

igned Grievance #/Institution: _____                   Housing Unit: 3 - C   Bed #: 23

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| e: 29-23 | Offender (please print): Micheal Attaway | ID#: 455493 | Race (optional): White |

sent Facility: awnee C.C.      Facility where grievance/issue occurred: Shawnee C.C.

ire of grievance:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [x] Staff Conduct
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

plete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated d receptacle marked "grievance":

  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
  **Chief Administrative Officer,** only if EMERGENCY grievance
  Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs,
  issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

nary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for person involved):

s day I went to see the mixed(afrian American) rse practitioner in the health care unit about my shoulder in my right shoulder,she ordered x-rays of it that showed at the joint/ball and socket were within normal range.She has e nerve to tell me to do shoulder strengthening exercises at I cant do. I've been trying to get my strength back in y shoulder since the car accident. I was in before I got
[x] Continued on reverse

Requested: want my shoulder to be checked out by a doctor outside this cility
want the Nurse Practitioner of the Health Care Unit to be held ccountable for violating my rights and for Deliberate Indifference want the HCU to do more than the bare minimal

eck only if this is **NOT** an emergency grievance.

Offender's Signature: Micl Attay      ID#: 455493      Date: 6-29-23

(Continue on reverse side if necessary)

selor's Response (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

tside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

nse:

_____
_____
_____
_____
_____
_____

Print Counselor's Name      Sign Counselor's Name      Date

offender: If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

ENCY REVIEW:   Date Received: _____

etermined to be of an emergency nature:
expedite emergency grievance
an emergency is not substantiated.  Offender should submit this grievance according to standard grievance procedure

RECEIVED
JUL 1 0 2023
ADMINISTRATIVE
REVIEW BOARD

Chief Administrative Officer's Signature      Date

Attaway v. IDOC (23-2091) IDOC Document No.:      000087

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Locked up. My shoulder needs an M.R.I to be done and a CT-Scan. So far multiple hospitals refused to do anything for it. The Crawford County Jail refused to do anything for it. And now the Healthcare Unit is refusing to do any more than the bare minimal, they would rather acknowledge the kites I put out that involve minor things. They didn't even want to do anything about my knee until it gave out on me. The fact that the Nurse Practitioner keeps telling me "do shoulder strengthening exercises, before we can do anything else" She has told me that 4 times already, which basically tells me that she wont do anything about it. That is a violation of my 8th & 14th amendment U.S. Constitutional rights, and by law it is considered "Deliberate Indifference" I cant keep sitting here dealing with the Health Car Units refusal to do anything other than the bare minimal. While I am sitting here suffering and in pain, where I cant lift more than 7 pounds with my right arm, its showing signs of nerve damage and is tremendously weak. Medical Deliberate Indifference is a violation of the 8th Amendment United States Constitutional Amendment in regards to cruel and usual punishment. And it is a violation of the 14 United States Constitutional amendment in regards to Due Process

Attaway v. IDOC (23-2091) IDOC Document No.:        000088

Dear Administrative Review board, I'm filing this grievance with you because, I attempted to file it here at Shawnee Correctional Center and it was returned to me without being acknowledged or given a grievance number. I would like to understand why this place does that. This wouldn't be the first time they have done so. This would be time #5 that they have done this to me. And it makes me wonder why they would do that, unless they just dont want to do their jobs right, I dont know, But its starting to get old real quick.

Signed: Michael Attaway

Micheal Attaway
ID# Y55493
Shawnee C.C.
6665 St. Rt. 146 E.
Vienna, I L 62995

RECEIVED

JUL 1 0 2023

ADMINISTRATIVE
REVIEW BOARD

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: *Attaway, Michael*                                    *6/12/23*
                                                              Date

ID# : *Y55493*

Facility: *Shawnee*

This is in response to your grievance received on ___*4/27/23*___. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding:** Grievance dated: *2/24/23* Grievance Number: *2023-02-180* Griev Loc: *Shawnee*

- [ ] Medical _____
- [ ] Dietary _____
- [ ] Personal Property _____
- [ ] Mailroom/Publications _____
- [x] Staff Conduct *unnamed staff rude & rough after his fall 2/21/23*
- [ ] Commissary / Trust Fund _____
- [ ] Conditions (cell conditions, cleaning supplies, etc.) _____
- [ ] Disciplinary Report: Dated: _____ Incident # _____
- [ ] Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

- [ ] Affirmed
- [ ] Denied, in accordance with DR504F, this is an administrative decision.
- [x] Denied, this office finds the issue was appropriately addressed by the facility Administration.
- [ ] Other: _____

- [ ] Denied as the facility is following the procedures outlined in DR525.
- [ ] Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- [ ] Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: *Debbie Knauer*                   CONCURRED: *Latoya Hughes edw*
                    Debbie Knauer                                    Latoya Hughes
              Administrative Review Board                           Acting Director

CC:  Warden, *Shawnee* _____ Correctional Center
     *Attaway* _____, ID# *Y55493*

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody,
operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Attaway v. IDOC (23-2091) IDOC Document No.:   000090

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 03/06/2023   Date of Review: 04/11/2023   Grievance #: 2023-02-186E

Individual in Custody Name: ~~Micheal~~ *Micheal* ~~Michael~~ Attaway   ID#: Y55493

**Nature of Grievance:**

7. Staff Conduct / B. Performance of Duty
Attaway grieves that he was involved in an incident with staff and was left with a strange bruise. He c/o not being treated gentle enough, or with respect.

**Facts Reviewed:**

Reviewed: Response from IA Lt B. Banks: ATTAWAY stated on 2/21/2023, at approximately 9:00 p.m., he fell to the floor in pain while inside of his assigned cell. ATTAWAY indicated he laid on the floor in pain until staff arrived at approximately 9:30 p.m. ATTAWAY stated staff talked to him and called a Medical Emergency over the institutional radio after he could not get up. ATTAWAY indicated medical staff arrived with a wheelchair and assessed him inside of the cell. ATTAWAY stated staff placed him in the wheelchair and he was taken to the Health Care Unit where he was assessed and sent back to his assigned cell. ATTAWAY indicated security staff was rude to him and was too rough on him when they placed him in the wheelchair because he was in a lot of pain. ATTAWAY stated he had a bruise on his right arm the following day from where staff picked him up. ATTAWAY indicated he was not assaulted but thought staff should be more gentle on an individual who was in a lot of pain. ATTAWAY stated he did not have any further issues with staff since that incident. ATTAWAY indicated he was assigned to Unit 1 and did not fear for his safety in general population at Shawnee Correctional Center. All involved staff completed Incident Reports on 2/21/2023 following the incident. Based on all information reviewed, this grievance does not warrant an investigation at this time.

**RECEIVED**

APR 2 7 2023

ADMINISTRATIVE
REVIEW BOARD

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be DENIED. Internal Affairs reviewed the incident and deems no investigation is necessary based on their findings. Attaway should continue to request assistance as he deems necessary.

K. Johnson, CCII

Print Grievance Officer's Name _____   Grievance Officer's Signature _____
**(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: 4/11/23   ☑ I concur   ☐ I do not concur   ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature _____   Date: 4/11/23

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Micheal Attaway   Y55493   4-21-23
Individual in Custody's Signature _____   ID# _____   Date _____

Attaway v. IDOC (23-2091) IDOC Document No.:   000091

Assigned Grievance #/Institution: *

Housing Unit: I-C   Bed #: 20

1st Lvl rec: 2023-2-186

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

7B

2nd Lvl rec:

| Date: 2-24-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): Caucasian |

Present Facility: Shawnee C.C.

Facility where grievance issue occurred: Shawnee C.C.

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☐ Medical Treatment   ☐ ADA Disability Accommodation
☒ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility   ☐ Other (specify): ___
☐ Disciplinary Report

Date of report ___   Facility where issued ___

RECEIVED
SHAWNEE CORRECTIONAL CENTER
FEB 24 2023
VANCE LIAISON

RECEIVED
FEB 27 2023
Clinical Services

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to the designated locked reception set marked "grievance":

**Counselor,** unless the grievance involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if EMERGENCY grievance
**Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 2-21-23, I don't know the C.O.'s name, but he works, I know for sure only in recieving 2nd shift he is white, with a slightly tan complexion, is muscular has a redish-brown thick beard & mustache, I can point him out in a line up if I need to. Anyways he wears the Tan C.O. uniform polo shirt, then his co-worker who also works 2nd shift (he works 3rd shift to this guys co-worker) not only were they rude, assholes, but were very angry that they had to call a code 3 because mainly I was in so much ☒ Continued on reverse

**Relief Requested:**

I need the strange bruising photographed and I don't want any more interactions with those 2 C.O.'s and that white shirt. And I need people to be more gentle with me if they have to call another Code 3 and I won't have an issue with them as long as they show me respect as I have always been kind and polite to every last one of them.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Micheal Attaway   Y55493   2-24-23
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)   Date Received: ___   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name ___   Sign Counselor's Name ___   Date ___

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED

**EMERGENCY REVIEW:**   Date Received: MAR 02 2023

RECEIVED
APR 27 2023
ADMINISTRATIVE
REVIEW BOARD

Is this determined to be of an emergency nature?

☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedures.

SHAWNEE C.C.
WARDEN'S OFFICE

3/2/23
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

Attaway v. IDOC (23-2091) IDOC Document No.:   000092

Assigned Grievance #/Institution: _____   Housing Unit: 1-C   Bed #: 20

1st Lvl rec: _____   2nd Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

pain in my back that I fell and could not get back up by myself
all I really needed was to be gently helped to my feet and back
to my bed, but no they had to call a damn code, and when the
muscular 2nd shift recieving C.O. helped to lift me off the floor
he cursed me out, and manhandled me with the help of another
Teodore Roosevelt looking white shirt, this muscular c.o. I don't
understand how he did it but he left a strange, and unusual
bruise on my upper right arm that needs checked out, and needs
to be photographed as evidence. I told this C.O.'s coworker
about an hour before count so roughly about 8:30pm, that I
had fallen and needed help getting back up and he literally
said "The nurse is busy right now doing intake on the new arrivals
and won't be able to see you until early the next morning"
and so I remained on the floor unable to get off of it until
just after count around 9:30pm and so he then called a code 3
and that's when I was manhandled like I was a fucking
rag-doll and set into a fucking wheelchair and strapped in *
Heres the thing If I fall to the floor 9 times out of 10 all I
need is help up and into my bed, but since my car accident
on 2-2-22, once I fall to the floor if I don't have any
help getting up then I am helplessly & hopelessly stuck until
I can get help. And just because these motherfucking C.O.'s
get pissed off because they had to call a code 3, so what
cry me a river, and stop being fucking babies about it. I am in too
much constant pain to give a fuck about their feelings about
having to do their damn jobs

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: <u>Attaway</u>       <u>Michael</u>       ___    <u>Y55493</u>
        Last Name          First Name        MI     ID#

Facility: <u>Shawnee</u>

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: <u>4/22/2023</u> ____ or ☐ Correspondence: Dated: _____

Received: <u>5/8/2023</u>     Regarding: <u>Medical - pain treatment, no response from HCU</u>
      Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒   Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒   Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐   Provide dates when incidents occurred.

☐   Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
    Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐   Contact your correctional counselor or Field Services regarding this issue.

☐   Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐   Contact the Record Office with your request or to provide additional information.

☒   Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐   Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐   Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐   Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐   Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐   Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐   This office previously addressed this issue on _____
                                 Date

☐   No justification provided for additional consideration.

**Other** (specify): <u>Grievance not in accordance with DR504F.</u>
_____

Completed by: <u>Travis Bayler</u>          [signature]          <u>5/10/2023</u>
            Print Name                          Signature            Date

Distribution:   Offender                 *Printed on Recycled Paper*               DOC 0070 (Rev. 3/2018)
              Inmate Issues

Assigned Grievance #/Institution: _____ Housing Unit: 1 Bed #: B-23

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

Date: 4-22-23 | Offender (please print): Micheal Attaway | ID #: Y55493 | Race (optional): White

Present Facility: Shawnee C.C. | Facility where grievance issue occurred: Shawnee C.C.

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☒ Medical Treatment    ☒ ADA Disability Accommodation

☒ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility    ☒ Other (specify): Health Care Unit Negligence

☐ Disciplinary Report

_____ Date of report    _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am so sick and tired of putting out countless grievance kites to the health care unit here at Shawnee C.C. regarding the 24/7 constant severe, excruciating pain I continue to feel from the car accident I was in on 2-2-22 at 9am where the vehicle I was driving got hit by a semi-truck causing me to lose complete control of the vehicle. The car accident was so violent that it royally screwed up my     ☒ Continued on reverse

**Relief Requested:**

I want to sue Wexford Health for hiring people who seem to refuse to help me when I am in so much pain 24/7 with no relief, and I need the surgeries to be scheduled for all my affected body parts which were affected from the car accident

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Micheal Attaway | Y55493 | 4-22-23
Offender's Signature | ID# | Date
(Continue on reverse side if necessary)

**RECEIVED**

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

MAY 0 8 2023

Response: _____

ADMINISTRATIVE
REVIEW BOARD

_____

_____

_____

_____

_____

_____

_____

_____ Print Counselor's Name    _____ Sign Counselor's Name    _____ Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature    _____ Date

Assigned Grievance #/Institution: _____   Housing Unit: |   Bed #: B-C

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

entire spine from the back of my skull down all the way to my hips, in addition it partially dislocated my right shoulder and screwed up my right knee worse then it already was. Because my right shoulder was never fixed I suffer from involuntary shakes in my whole right arm, my right hand is so weak I can barely use it and I'm pre-dominantly right handed. I have carpal tunnel syndrom in both my hands. And since that car accident both my feet now have poor circulation and can't stay warm. I walk with a cane. I can't put weight on my left leg or my right shoulder. I can't even lift up my correspondance bin or my property box. I lay in bed most of the time which is unnatural for a human being to have to do. I told the Health Care Unit countless times how much pain I live in and they have done almost absolutely nothing to help ease my pain. They did prescribe 1000mg of naproxen a day but I'm in so much pain that it doesn't even begin to cut through the pain I feel, that never eases up even while I sleep, so I suffer in pain so constantly that I am so tired of this Healthcare Unit not doing anything or refusing to do anything for me. Also I have put out so many grievances about this matter and nothing has ever been done about this from all the grievances I put out on them. I never was issued a grievance number for the countless grievances I put out. And nothing was ever done by this place. So I write this 21st grievance regarding these matters and I take it higher up. Don't think for 1second that I won't file a lawsuit because I will, end of story.

Distribution: Master File; Offender                Page 2 of 2                DOC 0046 (Rev. 01/2023)

Attaway v. IDOC (23-2091) IDOC Document No.:     000096